DBSD 2011-1- Trust

Wells Fargo Delaware Trust Co., N.A.
919 North Market Street. #1600
Wilmington, Delaware, 19801
Attn: Anthony Braxton. A. Fein
215-6583- 7450

---

USDC. Western District of Texas
800 Franklin Avenue, Room 380
Waco, Texas 76701
Clerk Re: #6:08-cv-00010-WSS
(254) 750-1501

---

Williamson County District Court
405 Martin Luther King Street
Georgetown, Texas 78626
Clerk No. 05-923-C395
(512) 943-1100

University Medical Health Center
NOLa.
300 South Galvez
New Orleans, Louisiana

---

Ochsner Hospital

New Orleans, Louisiana

---

~~Tour~~ Touro Hospital
New Orleans, Louisiana.

---

Westlaw Next - Thompson Reuters
St. Paul, Minnesota

---

Antioch Jussi, East Brunswick, NJ.
732-762-2166

---

Foucher Energy Group, LLC.
1401 Foucher Street, New Orleans
504-897-704          70115

Craig P. Corveleyn.
P.O. Box 45
Hopewell, NJ. 08525
Craig P. Corveleyn.
(267) 250-4798

---

Regional Pathology LLC.
606 West 11th Ave.
Covington LA 70433

---

Helen Sorayya Carr.
University Press Books
2430 Bancroft Way
Berkeley CA 94704
510-520-0688

Inger Michelle Garcia
4832 Volunteer Road, #574
Davie, Florida 33330

Arnaldo Lidana Manou
221 Squan Beach Drive
Mantoloking, NJ. 08738
310-436-6936

Demetrios Fotinatos
221 Squan Beach Drive
Mantoloking, NJ. 08738

Manuella Manou
221 Squan Beach Drive
Mantoloking, NJ 08738

Thomas L Regan
Tom @ UV contracts
201-458-2683