Fill in this information to identify your case:

Debtor 1: Charles (First Name) Edward (Middle Name) Lincoln, III (Last Name)

Debtor 2 (Spouse, if filing): ____ (First Name) ____ (Middle Name) ____ (Last Name)

United States Bankruptcy Court for the: Eastern District of Louisiana

Case number (If known): 16-12650

☐ Check if this is an amended filing

# Official Form 104
## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1**
Creditor's Name: DB50 2011-1 Trust
Number Street: Wells Fargo Delaware Trust Co, NA
919 North Market Street, #1600
City: Wilmington  State: DE  ZIP Code: 19801
Contact: Attorney Barbara A. Fein, Esq.
Contact phone: (215) 653-7450

What is the nature of the claim? Disputed Claim of Lien

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $1,210,000.00
   Value of security:              − $_____
   Unsecured claim:                  $_____

$1,210,000.00

**2**
Creditor's Name: USDC Western District of Texas
Number Street: 800 Franklin Ave., Room 380
City: Waco  State: TX  ZIP Code: 76701
Contact: Clerk Re: #6:08-cv-00010-WSS
Contact phone: (254) 750-1501

What is the nature of the claim? WSS Order of 3-25-2008

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $150,000.00
   Value of security:              − $_____
   Unsecured claim:                  $_____

$150,000.00

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor 1  __Charles__  __Edward__  __Lincoln, III__    Case number (if known)_____
           First Name   Middle Name   Last Name

**Unsecured claim**

### 3  Williamson County District Court
Creditor's Name

What is the nature of the claim? __JFC Order of 01-2006__   $__50,000.00__

405 Martin Luther King Street
Number  Street

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

__Georgetown__        __TX__     __78626__
City                  State     ZIP Code

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security:  − $_____
  Unsecured claim        $_____

Clerk re: 05-973-C395
Contact

(512) 943-1100
Contact phone

### 4  University Medical Health Center
Creditor's Name

What is the nature of the claim? __hospital medical bills__   $_____

Number  Street

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

__New Orleans__        __LA__
City                   State   ZIP Code

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security:  − $_____
  Unsecured claim        $_____

Contact

Contact phone

### 5  Ochsner Hospital
Creditor's Name

What is the nature of the claim? __medical & hospital bills__   $_____

Number  Street

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

__New Orleans__        __LA__
City                   State   ZIP Code

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security:  − $_____
  Unsecured claim        $_____

Contact

Contact phone

### 6  Touro Hospital
Creditor's Name

What is the nature of the claim? _____   $_____

Number  Street

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

__New Orleans__        __LA__
City                   State   ZIP Code

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security:  − $_____
  Unsecured claim        $_____

Contact

Contact phone

### 7  WestlawNext (Thompson Reuters)
Creditor's Name

What is the nature of the claim? __Research for MNMDC__   $__29,000.00__

Number  Street

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

__St. Paul__           __MN__
City                   State   ZIP Code

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $_____
  Value of security:  − $_____
  Unsecured claim        $_____

Contact

Contact phone

Debtor 1  **Charles**   **Edward**   **Lincoln, III**       Case number (if known) _____
  First Name  Middle Name  Last Name

**Unsecured claim**

| # | Creditor | Nature of claim | Amount |
|---|---|---|---|
| 8 | **Ankita Javia**<br>Sc00215515 Special Civil Part<br>NJ Superior Court Ocean County<br>Toms River, NJ<br>Contact phone: 732-762-2962 | Judgment 17 Nov 2015<br>None of the above apply<br>No lien<br>Total claim: $2,211.00 | $2,211.00 |
| 9 | **Char Nel Pools**<br>Sc00342714 Special Civil Part<br>NJ Superior Court Ocean County<br>Toms River, NJ | Judgment 13 Jan 2015<br>Disputed<br>No lien | $1,821.00 |
| 10 | **Foucher Emergency Group, LLC**<br>1401 Foucher St<br>New Orleans, LA 70115<br>Contact phone: 504-897-7004 | hospital & medical bills<br>None of the above apply<br>No lien | $1,062.00 |
| 11 | **Regional Radiology LLC** | hospital & medical bills<br>None of the above apply<br>No lien | $1,680.00 |
| 12 | **Graig P. Corveleyn, Esq.**<br>P.O. Box 45, Hopewell NJ 08525<br>Hopewell, NJ 08525<br>Contact: Graig P. Corveleyn<br>(267) 250-4798 | Atty Fees to be reaffirmed<br>None of the above apply<br>No lien | $18,500.00 |

Debtor 1  **Charles**      **Edward**      **Lincoln, III**      Case number (if known) _____

           First Name        Middle Name        Last Name

**Unsecured claim**

**13** | Dara Leigh Bloom, Esq.
Creditor's Name
Number  Street

Granada Hills     CA
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Atty's fees for MNMDC**  $ 25,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $____
        Value of security: − $____
        Unsecured claim: $____

**14** | Helen Sorayya Carr
Creditor's Name
University Press Books
Number  Street
2430 Bancroft Way

Berkeley    CA    94704
City    State    ZIP Code

Helen Sorayya Carr
Contact
(510) 526-0685  (520-0685)
Contact phone

What is the nature of the claim? **Loans & Credit Line**  $ 25,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $____
        Value of security: − $____
        Unsecured claim: $____

**15** | Inger Michelle Garcia, Esq.
Creditor's Name
Number  Street
4839 Volunteer Road, #514

Davie    FL    33330
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Attorneys' Fees-Disputed**  $____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $____
        Value of security: − $____
        Unsecured claim: $____

**16** | Amalia Liana Thanou
Creditor's Name
Number  Street
221 Squan Beach Drive

Mantoloking    NJ    08738
City    State    ZIP Code

Amalia Liana Thanou
Contact
(310) 430-6936
Contact phone

What is the nature of the claim? **(Disputed) Home Repairs**  $____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $____
        Value of security: − $____
        Unsecured claim: $____

**17** | Demetrios Fotinatos
Creditor's Name
Number  Street
221 Squan Beach Drive

Mantoloking    NJ    08738
City    State    ZIP Code

Amalia Liana Thanou
Contact
(310) 430-6936
Contact phone

What is the nature of the claim? **(Disputed) Remodelling**  $____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $____
        Value of security: − $____
        Unsecured claim: $____

Debtor 1  **Charles** _First Name_  **Edward** _Middle Name_  **Lincoln, III** _Last Name_    Case number (if known) _____

Unsecured claim

**18**

Marcella Thanou
_Creditor's Name_

221 Squan Beach Drive
_Number  Street_

Mantoloking   NJ   08738
_City    State   ZIP Code_

Amalia Liana Thanou
_Contact_

(310) 430-6936
_Contact phone_

What is the nature of the claim? **(Disputed) Home Repairs**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                        – $_____
    Unsecured claim                             $_____

$_____

**19**

Thomas J. Fagan
_Creditor's Name_

tom@uvceuticals.com
_Number  Street_

_____
_City    State   ZIP Code_

201-458-2683
_Contact_

_____
_Contact phone_

What is the nature of the claim? **Disputed Home Repairs**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                        – $_____
    Unsecured claim                             $_____

$_____

**20**

_____
_Creditor's Name_

_____
_Number  Street_

_____
_City    State   ZIP Code_

_____
_Contact_

_____
_Contact phone_

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
    Value of security:                        – $_____
    Unsecured claim                             $_____

$_____

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _[signature]_                                X _____
Signature of Debtor 1                           Signature of Debtor 2

Date _26 October 2016_                         Date _____
     _10 20 2016_
     MM / DD / YYYY                                   MM / DD / YYYY

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 5