Fill in this information to identify your case:

Debtor 1: **Charles** (First Name) **Edward** (Middle Name) **Lincoln, III** (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Eastern District of Louisiana

Case number (if known): 16-12650

☒ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**1.**
Creditor's Name: DB50 2011-1 Trust
Number/Street: Wells Fargo Delaware Trust Co, NA
919 North Market Street, #1600
City/State/ZIP: Wilmington DE 19801
Contact: Attorney Barbara A. Fein, Esq.
Contact phone: (215) 653-7450

What is the nature of the claim? Disputed Claim of Lien

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured): $1,210,000.00
Value of security: — $
Unsecured claim: $

Unsecured claim: $1,210,000.00

**2.**
Creditor's Name: USDC Western District of Texas
Number/Street: 800 Franklin Ave., Room 380
City/State/ZIP: Waco TX 76701
Contact: Clerk Re: #6:08-cv-00010-WSS
Contact phone: (254) 750-1501

What is the nature of the claim? WSS Order of 3-25-2008

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): $150,000.00
Value of security: — $
Unsecured claim: $

Unsecured claim: $150,000.00

Debtor 1 **Charles Edward Lincoln, III**
      First Name     Middle Name     Last Name

Case number (if known) _____

| | | | Unsecured claim |
|---|---|---|---|
| 3 | **Williamson County District Court** | What is the nature of the claim? JFC Order of 01-2006 | $ 50,000.00 |
| | Creditor's Name | | |
| | 405 Martin Luther King | As of the date you file, the claim is: Check all that apply. | |
| | Number  Street | ☑ Contingent | |
| | | ☐ Unliquidated | |
| | | ☑ Disputed | |
| | Georgetown  TX  78626 | ☐ None of the above apply | |
| | City  State  ZIP Code | Does the creditor have a lien on your property? | |
| | Clerk re: 05-973-C395 | ☑ No | |
| | Contact | ☐ Yes. Total claim (secured and unsecured): $_____ | |
| | (512) 943-1100 | Value of security: − $_____ | |
| | Contact phone | Unsecured claim $_____ | |
| 4 | **University Medical Health Center** | What is the nature of the claim? hospital medical bills | $_____ |
| | Creditor's Name | | |
| | 2000 Canal Street | As of the date you file, the claim is: Check all that apply. | |
| | Number  Street | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | New Orleans  LA  70112 | ☑ None of the above apply | |
| | City  State  ZIP Code | Does the creditor have a lien on your property? | |
| | 504-702-3000 | ☑ No | |
| | Contact | ☐ Yes. Total claim (secured and unsecured): $_____ | |
| | | Value of security: − $_____ | |
| | Contact phone | Unsecured claim $_____ | |
| 5 | **Ochsner Hospital** | What is the nature of the claim? medical & hospital bills | $_____ |
| | Creditor's Name | | |
| | 1514 Jefferson Hwy | As of the date you file, the claim is: Check all that apply. | |
| | Number  Street | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Jefferson  LA  70121 | ☑ None of the above apply | |
| | City  State  ZIP Code | Does the creditor have a lien on your property? | |
| | | ☑ No | |
| | Contact 1-866-624-7637 | ☐ Yes. Total claim (secured and unsecured): $_____ | |
| | | Value of security: − $_____ | |
| | Contact phone | Unsecured claim $_____ | |
| 6 | **Touro Hospital** | What is the nature of the claim? _____ | $_____ |
| | Creditor's Name | | |
| | 1401 Foucher Street | As of the date you file, the claim is: Check all that apply. | |
| | Number  Street | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | New Orleans  LA  70115 | ☑ None of the above apply | |
| | City  State  ZIP Code | Does the creditor have a lien on your property? | |
| | | ☑ No | |
| | Contact | ☐ Yes. Total claim (secured and unsecured): $_____ | |
| | (504) 897-7011 | Value of security: − $_____ | |
| | Contact phone | Unsecured claim $_____ | |
| 7 | **WestlawNext (Thompson Reuters)** | What is the nature of the claim? Research for MNMDC | $ 29,000.00 |
| | Creditor's Name | | |
| | | As of the date you file, the claim is: Check all that apply. | |
| | Number  Street | ☐ Contingent | |
| | 610 Opperman Drive | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Eagan  MN  55123 | ☑ None of the above apply | |
| | City  State  ZIP Code | Does the creditor have a lien on your property? | |
| | Michael Puhl | ☑ No | |
| | Contact | ☐ Yes. Total claim (secured and unsecured): $_____ | |
| | (214) 801-5336 | Value of security: − $_____ | |
| | Contact phone | Unsecured claim $_____ | |

Official Form 104     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 2

Case 16-12650    Doc 9    Filed 10/27/16    Entered 10/27/16 15:48:27    Main Document
Page 3 of 5

Debtor 1  **Charles** (First Name)  **Edward** (Middle Name)  **Lincoln, III** (Last Name)      Case number (if known) _____

| # | Creditor | Nature of claim | Status | Lien? | Unsecured claim |
|---|---|---|---|---|---|
| 8 | Ankita Javia<br>3 Redberry Court<br>East Brunswick, NJ 08818<br>re: Sc00215515 Special Civil Part<br>(732) 762-2966 | Judgment 17 Nov 2015 | ☑ None of the above apply | ☑ No<br>Total claim: $2,211.00 | $2,211.00 |
| 9 | Char Nel Pools<br>649 Mantoloking Road<br>Brick, NJ 08723<br>re: Sc00342714 Special Civil Part<br>(732) 466-8688 | Judgment 13 Jan 2015 | ☑ Disputed | ☑ No | $1,821.00 |
| 10 | Foucher Emergency Group, LLC<br>1401 Foucher Street<br>New Orleans, LA 70115<br>(504) 897-7011 | hospital & medical bills | ☑ None of the above apply | ☑ No | $1,062.00 |
| 11 | Regional Radiology LLC<br>9049 W. Judge Perez Drive<br>Chalmette, LA<br>(504) 445-3644 | hospital & medical bills | ☑ None of the above apply | ☑ No | $1,680.00 |
| 12 | Graig P. Corveleyn, Esq.<br>P.O. Box 45, Hopewell NJ 08525<br>Hopewell, NJ 08525<br>Graig P. Corveleyn<br>(267) 250-4798 | Atty Fees to be reaffirmed | ☑ None of the above apply | ☑ No | $18,500.00 |

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

Debtor 1   **Charles** (First Name)   **Edward** (Middle Name)   **Lincoln, III** (Last Name)   Case number (if known) _____

Unsecured claim

**13** Dara Leigh Bloom, Esq.
Creditor's Name
18565 Soledad Canyon Road, #346
Number   Street

Granada Hills   CA   91351
City   State   ZIP Code

Contact
(818) 800-8978
Contact phone

What is the nature of the claim? Atty's fees for MNMDC   $ 25,000.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**14** Helen Sorayya Carr
Creditor's Name

Number   Street
P.O. Box 40016

Berkeley   CA   94704
City   State   ZIP Code

Helen Sorayya Carr
Contact
(510) 520-0685
Contact phone

What is the nature of the claim? Loans & Credit Line   $ 36,000.00

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**15** Inger Michelle Garcia, Esq.
Creditor's Name

Number   Street
4839 Volunteer Road, #514

Davie   FL   33330
City   State   ZIP Code

Contact
(954) 894-9962
Contact phone

What is the nature of the claim? Attorneys' Fees-Disputed   $_____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**16** Amalia Liana Thanou
Creditor's Name

Number   Street
221 Squan Beach Drive

Mantoloking   NJ   08738
City   State   ZIP Code

Amalia Liana Thanou
Contact
(310) 430-6936
Contact phone

What is the nature of the claim? (Disputed) Home Repairs   $_____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:   − $_____
   Unsecured claim   $_____

**17** Demetrios Fotinatos
Creditor's Name

Number   Street
221 Squan Beach Drive

Mantoloking   NJ   08738
City   State   ZIP Code

Amalia Liana Thanou
Contact
(310) 430-6936
Contact phone

What is the nature of the claim? (Disputed) Remodelling   $_____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
   Value of security:   − $_____
   Unsecured claim   $_____

Debtor 1  __Charles__   __Edward__   __Lincoln, III__   Case number (if known) _____
         First Name   Middle Name   Last Name

Unsecured claim

**18** Marcella Thanou
Creditor's Name

221 Squan Beach Drive
Number  Street

Mantoloking    NJ    08738
City           State  ZIP Code

Amalia Liana Thanou
Contact

(310) 430-6936
Contact phone

What is the nature of the claim? (Disputed) Home Repairs   $_____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:              − $_____
        Unsecured claim                   $_____

**19** Thomas J. Fagan
Creditor's Name

23 Strong Street
Number  Street

Mahwah       NJ    07830
City         State  ZIP Code

tom@uvceuticals.com
Contact

(201) 458-2683
Contact phone

What is the nature of the claim? Disputed Home Repairs   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:              − $_____
        Unsecured claim                   $_____

**20** 
Michael A. Lenaburg
Creditor's Name

3579 East Foothill Boulevard
Number  Street
#544

Pasadena      CA    91107
City          State  ZIP Code

Michael A. Lenaburg
Contact

(626) 639-7037
Contact phone

What is the nature of the claim? "Political Consulting"   $_____

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:              − $_____
        Unsecured claim                   $_____

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _[signature]_                                    X _____
Signature of Debtor 1                              Signature of Debtor 2

Date  10/27/2016                                   Date _____
      MM / DD / YYYY                                    MM / DD / YYYY