U.S. Bankruptcy Court

FILED
2016 OCT 27 P 3:36
CLERK
UNITED STATES
BANKRUPTCY COURT
NEW ORLEANS, LA

Case 16-12650

Eastern District of Louisiana

27 October 2016

In Re: Charles Edward Lincoln, III

Debtor

Chapter 11

Atten: The Honorable Elizabeth Magner
U.S. Bankruptcy Judge

I am requesting to receive all filings and orders by email delivery to charles.e.lincoln@gmail.com. as per instructions of Ms. Lauren Harrylboff, a law clerk in your chambers.

I would like to request further special permission to file all documents in this case electronically. Respectfully Submitted,

charles.e.lincoln@gmail.com

*[signature: Charles Edward Lincoln, IV]*