**Americard Rewards®**
Visa Signature®

**Bank of America**

~~4858 9810 4519~~ 7840
September 28 - October 27, 2016
Page 3 of 4

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| ~~10/01~~ | ~~10/03~~ | ~~CLIPPER SERVICE     925-686-8282 CA~~ | ~~5474~~ | ~~7840~~ | ~~30.00~~ | |
| ~~10/08~~ | ~~10/10~~ | ~~JJILL *CATALOG     800-448-4988 MA~~ | ~~8694~~ | ~~7840~~ | ~~47.02~~ | |
| 10/14 | 10/17 | SPIRIT AIRL 4870137797139MIRAMAR    FL LINCOLN(I/CHAR    10/15 OAK/LAS ONEWAY | 6011 | 7840 | 311.59 | |
| 10/15 | 10/17 | WWW.STVGUESTHOUSE.COM   504-302-9606 LA | 1954 | 7840 | 77.60 | |
| 10/15 | 10/17 | WWW.STVGUESTHOUSE.COM   WWW.STVGUESTHLA | 2576 | 7840 | 64.00 | |
| 10/15 | 10/17 | PUBLIC STORAGE 29112   NEW ORLEANS LA | 2956 | 7840 | 95.00 | |
| 10/15 | 10/17 | PUBLIC STORAGE 29112   NEW ORLEANS LA | 3038 | 7840 | 75.00 | |
| 10/16 | 10/17 | WWW.STVGUESTHOUSE.COM   504-302-9606 LA | 2876 | 7840 | 153.20 | |
| 10/16 | 10/17 | WWW.STVGUESTHOUSE.COM   504-302-9606 LA | 5378 | 7840 | 12.60 | |
| 10/16 | 10/18 | CAFE ROMA           NEW ORLEANS LA | 0348 | 7840 | 21.03 | C.E.L. |
| 10/18 | 10/20 | 001 DEBTORCC INC      JERSEY CITY NJ | 2642 | 7840 | 14.95 | $1,891.90 |
| 10/19 | 10/20 | WWW.STVGUESTHOUSE.COM   504-302-9606 LA | 0631 | 7840 | 76.60 | |
| 10/19 | 10/20 | WWW.STVGUESTHOUSE.COM   504-302-9606 LA | 4065 | 7840 | 93.85 | |
| 10/20 | 10/21 | TMOBILE*POSTPAID PDA   800-937-8997 WA | 1503 | 7840 | 299.54 | |
| 10/20 | 10/21 | WWW.STVGUESTHOUSE.COM   WWW.STVGUESTHLA | 6501 | 7840 | 64.00 | |
| 10/23 | 10/24 | SQ *AVENUE CAFE      new orleans LA | 0603 | 7840 | 35.62 | |
| 10/23 | 10/24 | WWW.STVGUESTHOUSE.COM   504-302-9606 LA | 2551 | 7840 | 242.40 | |
| 10/23 | 10/24 | WWW.STVGUESTHOUSE.COM   504-302-9606 LA | 9123 | 7840 | 76.60 | |
| 10/23 | 10/25 | MERCHANT PIPELINE    504-919-5151 LA | 2984 | 7840 | 15.00 | |
| 10/23 | 10/25 | CAFE ROMA           NEW ORLEANS LA | 0297 | 7840 | 43.67 | |
| 10/24 | 10/25 | SQ *AVENUE CAFE      new orleans LA | 3960 | 7840 | 27.81 | |
| 10/24 | 10/25 | CAFE ROMA           NEW ORLEANS LA | 0195 | 7840 | 4.98 | |
| 10/25 | 10/26 | SQ *AVENUE CAFE      new orleans LA | 2082 | 7840 | 40.62 | |
| 10/26 | ~~10/27~~ | ~~SQ *AVENUE CAFE~~      new orleans LA | 4827 | 7840 | 25.62 | |
| 10/26 | 10/27 | SQ *AVENUE CAFE      new orleans LA | 2832 | 7840 | 20.62 | |
| | | | | | | ~~$2,033.87~~ |

### 2016 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2016 | $0.00 |
| Total interest charged in 2016 | $0.00 |

### Important Messages

You recently received a message that stated you may receive a Preferred Rewards bonus when you redeem for cash back. With this account, you automatically receive a Preferred Rewards bonus on each purchase you make, not when you redeem. We apologize for the error. Updated Program Rules with details about the Preferred Rewards bonus are now available. To request a copy, call the number on the back of your card. This message may not apply to you if your card rewards program has changed since August 31, 2016.

Beginning November 1, 2016, the premium air award redemption option will no longer be available.

---

*My assistance to you (not counting your stay with me), recorded so far:*

*Cash + cashier's checks: $16,643.14 (includes wire fees, Fed Ex, etc.) At this point we're at 50% of the $36,000 I agreed to provide. Plus whatever is on the next VISA bill, which should arrive within a week.*



October 28 - November 27, 2016

**Account Information:**
www.bankofamerica.com

Mail billing inquiries to:
Bank of America
P.O. Box 982235
El Paso TX 79998-2235

Mail payments to:
Bank of America
P.O. Box 15019
Wilmington DE 19886-5019

Customer Service:
1.800.421.2110

(1.800.346.3178 TTY)

### Payment Information

| | |
|---|---|
| New Balance Total | $13,473.14 |
| Current Payment Due | $148.00 |
| Total Minimum Payment Due | $148.00 |
| Payment Due Date | 12/24/16 |

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to $37.00 and your APRs may be increased up to the Penalty APR of **29.99%**.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 28 years | $36,256.00 |
| $500.00 | 36 months | $18,000.00 (Savings = $18,256.00) |

If you would like information about credit counseling services, call 1-866-300-5238.

### Account Summary

| | |
|---|---|
| Previous Balance | $2,033.87 |
| Payments and Other Credits | -2,033.87 |
| Purchases and Adjustments | 10,308.83 |
| Bank Cash Advances | 3,000.00 |
| Fees Charged | 150.37 |
| Interest Charged | 13.94 |
| New Balance Total #1705 | $13,473.14 |
| Total Credit Line | $17,800.00 |
| Total Credit Available | $4,326.86 |
| Cash Credit Line | $3,560.00 |
| Portion of Credit Available for Cash | $546.00 |
| Statement Closing Date | 11/27/16 |
| Days in Billing Cycle | 31 |

### Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 11/07 | 11/07 | Payments and Other Credits<br>PAYMENT - THANK YOU | 5466 | 7840 | -2,033.87 | |
| | | | | | | -$2,033.87 |
| 10/27 | 10/29 | Purchases and Adjustments<br>UNITED    0167821261688800-932-2732 TX<br>LINCOLN III/CHARLES  11/04 MSY/SFO ONEWAY<br>continued on next page | 4204 | 7840 | 141.60 | |

C.E.L. 13,473.14
         -    7.99
         → 13,465.15

## Transactions continued

### Purchases and Adjustments

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount |
|---|---|---|---|---|---|
| 10/27 | 10/29 | CAFE ROMA NEW ORLEANS LA | 0243 | 7840 | 26.85 |
| 10/27 | 10/29 | WWW.STVGUESTHOUSE.COM WWW.STVGUESTHLA | 0526 | 7840 | 69.00 |
| 10/28 | 10/29 | PAYPAL *DBMNOLA 402-935-7733 CA | 7951 | 7840 | 476.57 |
| 10/28 | 10/31 | PUBLIC STORAGE 29112 NEW ORLEANS LA | 6398 | 7840 | 329.40 |
| 10/28 | 10/31 | MOTEL 6 HARVEY LA | 2666 | 7840 | 60.00 |
| 10/29 | 10/31 | FEDEX 784471348009 800-4633339 TN | 9603 | 7840 | 40.21 |
| 10/30 | 10/31 | KOBO US INC. 416-977-8737 DE | 9563 | 7840 | -7.99 SC |
| 10/30 | 10/31 | SQ *AVENUE CAFE new orleans LA | 6658 | 7840 | 28.12 |
| 10/30 | 10/31 | SQ *AVENUE CAFE new orleans LA | 1320 | 7840 | 13.75 |
| 10/30 | 10/31 | WESTBANK MARRERO CAB COMP504-6283191 LA | 1325 | 7840 | 40.00 |
| 10/31 | 11/01 | SQ *AVENUE CAFE new orleans LA | 2059 | 7840 | 25.62 |
| 10/31 | 11/01 | SQ *AVENUE CAFE new orleans LA | 4346 | 7840 | 13.75 |
| 10/31 | 11/01 | PACER800-676-6856IR 800-6766856 TX | 2231 | 7840 | 208.10 |
| 11/01 | 11/02 | SQ *AVENUE CAFE new orleans LA | 9720 | 7840 | 42.50 |
| 11/01 | 11/02 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 1430 | 7840 | 178.50 |
| 11/01 | 11/02 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 1342 | 7840 | 178.05 |
| 11/02 | 11/03 | CAFE ROMA NEW ORLEANS LA | 0213 | 7840 | 22.51 |
| 11/02 | 11/03 | SQ *AVENUE CAFE New Orleans LA | 5396 | 7840 | 15.94 |
| 11/02 | 11/03 | PUBLIC STORAGE 29112 800-567-0759 LA | 7805 | 7840 | 212.00 |
| 11/03 | 11/04 | MERCHANT PIPELINE 504-919-5151 LA | 2974 | 7840 | 3.99 |
| 11/03 | 11/04 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 1234 | 7840 | 83.35 |
| 11/03 | 11/04 | TMOBILE*POSTPAID TEL 800-937-8997 WA | 3965 | 7840 | 296.22 |
| 11/04 | 11/05 | CAFE ROMA NEW ORLEANS LA | 0219 | 7840 | 22.00 |
| 11/04 | 11/05 | MERCHANT PIPELINE 504-919-5151 LA | 2999 | 7840 | 19.99 |
| 11/04 | 11/05 | PRYTANIA THEATRE NEW ORLEANS LA | 6918 | 7840 | 13.00 |
| 11/04 | 11/05 | IHR/NTP 714-5939725 CA | 9424 | 7840 | 140.00 |
| 11/04 | 11/05 | SQ *AVENUE CAFE new orleans LA | 5014 | 7840 | 32.19 |
| 11/05 | 11/07 | LAW OFFICE MICHAEL MIR 732-988-7200 NJ | 8497 | 7840 | 1,000.00 |
| 11/05 | 11/07 | CAFE ROMA NEW ORLEANS LA | 0180 | 7840 | 25.34 |
| 11/06 | 11/07 | CAFE ROMA NEW ORLEANS LA | 0054 | 7840 | 17.00 |
| 11/06 | 11/07 | SQ *AVENUE CAFE new orleans LA | 5146 | 7840 | 31.25 |
| 11/06 | 11/07 | SQ *AVENUE CAFE New Orleans LA | 3801 | 7840 | 16.56 |
| 11/06 | 11/07 | SQ *AVENUE CAFE New Orleans LA | 8867 | 7840 | 25.00 |
| 11/07 | 11/08 | PRYTANIA THEATRE NEW ORLEANS LA | 0171 | 7840 | 13.00 |
| 11/08 | 11/10 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 4179 | 7840 | 83.35 |
| 11/08 | 11/09 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 3283 | 7840 | 52.00 |
| 11/07 | 11/09 | CAFE ROMA NEW ORLEANS LA | 0216 | 7840 | 44.00 |
| 11/07 | 11/09 | SQ *AVENUE CAFE New Orleans LA | 6185 | 7840 | 40.00 |
| 11/08 | 11/09 | WESTBANK MARRERO CAB COMP504-6283191 LA | 6165 | 7840 | 100.00 |
| 11/08 | 11/10 | CAFE ROMA NEW ORLEANS LA | 2919 | 7840 | 37.00 |
| 11/08 | 11/10 | MERCHANT PIPELINE 504-919-5151 LA | 2529 | 7840 | 3.99 |
| 11/08 | 11/10 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 0393 | 7840 | 418.65 |
| 11/08 | 11/10 | FEDEX 784584916080 800-4633339 TN | 4065 | 7840 | 44.00 |
| 11/09 | 11/10 | SQ *AVENUE CAFE new orleans LA | 9886 | 7840 | 23.12 |
| 11/09 | 11/10 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 9676 | 7840 | 89.25 |
| 11/09 | 11/11 | WESTBANK MARRERO CAB COMP504-6283191 LA | 0644 | 7840 | 40.00 |
| 11/10 | 11/11 | PYI*Latter & Blum 866-7295327 LA | 3492 | 7840 | 35.00 |
| 11/11 | 11/12 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 6639 | 7840 | 70.00 |
| 11/11 | 11/12 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 5785 | 7840 | 1.00 |
| 11/11 | 11/12 | WWW.STVGUESTHOUSE.COM 504-302-9606 LA | 0687 | 7840 | 12.35 |
| 11/11 | 11/12 | SQ *AVENUE CAFE NEW ORLEANS LA | 8966 | 7840 | 23.12 |
| 11/11 | 11/14 | OFFICE DEPOT #2166 NEW ORLEANS LA | 9047 | 7840 | 668.08 |
| 11/11 | 11/14 | WALGREENS #5040 NEW ORLEANS LA | 2688 | 7840 | 62.73 |
| 11/12 | 11/14 | SQ *GOSQ.COM JOSHUA DEMEONew Orleans LA | | 7840 | 6.00 |

**Transactions continued**

## Purchases and Adjustments

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 11/12 | 11/14 | PRYTANIA THEATRE    NEW ORLEANS LA | 4057 | 7840 | 12.00 | |
| 11/12 | 11/14 | TROLLEY STOP    NEW ORLEANS LA | 3985 | 7840 | 15.00 | |
| 11/12 | 11/14 | WWW.STVGUESTHOUSE.COM    504-302-9606 LA | 2615 | 7840 | 112.10 | |
| 11/12 | 11/14 | WWW.STVGUESTHOUSE.COM    504-302-9606 LA | 0311 | 7840 | 71.85 | |
| 11/12 | 11/14 | WWW.STVGUESTHOUSE.COM    504-302-9606 LA | 2751 | 7840 | 71.82 | |
| 11/12 | 11/14 | WWW.STVGUESTHOUSE.COM    504-302-9606 LA | 7674 | 7840 | 61.50 | |
| 11/12 | 11/14 | SQ *AVENUE CAFE    NEW ORLEANS LA | 4692 | 7840 | 30.94 | |
| 11/12 | 11/14 | CVS/PHARMACY #05503    NEW ORLEANS LA | 9577 | 7840 | 42.09 | |
| 11/12 | 11/14 | WALGREENS #5040    NEW ORLEANS LA | 8800 | 7840 | 20.12 | |
| 11/12 | 11/14 | VTS UNITED CAB    METAIRIE LA | 7596 | 7840 | 14.40 | |
| 11/12 | 11/14 | CAFE ROMA    NEW ORLEANS LA | 0536 | 7840 | 30.00 | |
| 11/13 | 11/14 | WWW.STVGUESTHOUSE.COM    504-302-9606 LA | 0031 | 7840 | 919.65 | |
| 11/13 | 11/14 | WWW.STVGUESTHOUSE.COM    WWW.STVGUESTHLA | 1027 | 7840 | 125.00 | |
| 11/13 | 11/14 | WWW.STVGUESTHOUSE.COM    WWW.STVGUESTHLA | 3144 | 7840 | 75.00 | |
| 11/13 | 11/14 | WWW.STVGUESTHOUSE.COM    WWW.STVGUESTHLA | 6727 | 7840 | 74.00 | |
| 11/13 | 11/14 | WWW.STVGUESTHOUSE.COM    WWW.STVGUESTHLA | 5021 | 7840 | 65.00 | |
| 11/13 | 11/14 | WWW.STVGUESTHOUSE.COM    WWW.STVGUESTHLA | 7516 | 7840 | 89.00 | |
| 11/13 | 11/14 | WWW.STVGUESTHOUSE.COM    WWW.STVGUESTHLA | 2670 | 7840 | 74.00 | |
| 11/13 | 11/15 | CAFE ROMA    NEW ORLEANS LA | 0052 | 7840 | 26.34 | |
| 11/14 | 11/15 | CRAIGSLIST.ORG    415-399-5200 CA | 5819 | 7840 | 25.00 | |
| 11/14 | 11/15 | SQ *AVENUE CAFE    NEW ORLEANS LA | 2081 | 7840 | 16.25 | |
| 11/14 | 11/15 | WESTBANK MARRERO CAB COMP504-6283191 LA | 9203 | 7840 | 130.00 | |
| 11/14 | 11/16 | WALGREENS #5040    NEW ORLEANS LA | 9425 | 7840 | 32.54 | |
| 11/14 | 11/16 | CAFE ROMA    NEW ORLEANS LA | 0248 | 7840 | 40.00 | |
| 11/15 | 11/16 | WESTBANK MARRERO CAB COMP504-6283191 LA | 9985 | 7840 | 60.00 | |
| 11/14 | 11/17 | MERCHANT PIPELINE    504-919-5151 LA | 2993 | 7840 | 3.99 | |
| 11/15 | 11/17 | OFFICE DEPOT #2166    NEW ORLEANS LA | 5578 | 7840 | 40.77 | |
| 11/15 | 11/17 | CAFE ROMA    NEW ORLEANS LA | 0054 | 7840 | 11.50 | |
| 11/15 | 11/17 | IN *FOREVER NEW ORLEANS 6504-5104813 LA | 1982 | 7840 | 134.90 | |
| 11/16 | 11/17 | IRENE'S CUISINE    NEW ORLEANS LA | 9126 | 7840 | 58.00 | |
| 11/16 | 11/17 | SQ *AVENUE CAFE    NEW ORLEANS LA | 3393 | 7840 | 6.00 | |
| 11/16 | 11/17 | SQ *AVENUE CAFE    NEW ORLEANS LA | 0963 | 7840 | 18.12 | |
| 11/16 | 11/18 | TROLLEY STOP    NEW ORLEANS LA | 2666 | 7840 | 22.00 | |
| 11/16 | 11/18 | CAFE ROMA    NEW ORLEANS LA | 0176 | 7840 | 17.33 | |
| 11/16 | 11/18 | MERCHANT PIPELINE    504-919-5151 LA | 2992 | 7840 | 19.99 | |
| 11/17 | 11/18 | yahooadfreemail    353186631.00    30.24 GBP | 9607 | 7840 | 37.83 | |
| 11/17 | 11/19 | PRYTANIA THEATRE    NEW ORLEANS LA | 8309 | 7840 | 12.00 | |
| 11/17 | 11/19 | PRYTANIA THEATRE    NEW ORLEANS LA | 8481 | 7840 | 30.00 | |
| 11/17 | 11/19 | MERCHANT PIPELINE    504-919-5151 LA | 2918 | 7840 | 6.99 | |
| 11/17 | 11/19 | FAMILY NAILS AND SPA    NEW ORLEANS LA | 7494 | 7840 | 50.00 | |
| 11/18 | 11/19 | LA THAI UPTOWN    NEW ORLEANS LA | 3935 | 7840 | 48.00 | |
| 11/18 | 11/19 | WM SUPERCENTER #5022    NEW ORLEANS LA | 9366 | 7840 | 36.28 | |
| 11/18 | 11/19 | WESTBANK MARRERO CAB COMP504-6283191 LA | 2979 | 7840 | 33.00 | |
| 11/18 | 11/21 | CAFE ROMA    NEW ORLEANS LA | 0080 | 7840 | 16.83 | |
| 11/19 | 11/21 | SQUARE ROOT    NEW ORLEANS LA | 1776 | 7840 | 104.00 | |
| 11/19 | 11/21 | PRYTANIA THEATRE    NEW ORLEANS LA | 3772 | 7840 | 4.50 | |
| 11/19 | 11/21 | SQ *AVENUE CAFE    NEW ORLEANS LA | 7271 | 7840 | 30.00 | |
| 11/19 | 11/21 | CAFE ROMA    NEW ORLEANS LA | 0293 | 7840 | 38.00 | |
| 11/20 | 11/21 | TMOBILE*POSTPAID TEL    800-937-8997 WA | 0104 | 7840 | 308.18 | |
| 11/20 | 11/21 | CRAIGSLIST.ORG    415-399-5200 CA | 6747 | 7840 | 25.00 | |
| 11/20 | 11/21 | SQ *AVENUE CAFE    NEW ORLEANS LA | 0011 | 7840 | 29.00 | |
| 11/20 | 11/22 | WALGREENS #5040    NEW ORLEANS LA | 8315 | 7840 | 27.90 | |
| 11/20 | 11/22 | MERCHANT PIPELINE    504-919-5151 LA | 2923 | 7840 | 19.99 | |
| 11/21 | 11/22 | SQ *AVENUE CAFE    NEW ORLEANS LA | 1064 | 7840 | 29.00 | |
| 11/21 | 11/22 | FRG*FANATICS.COM    877-833-7397 FL | 5688 | 7840 | 114.38 | |
| 11/22 | 11/23 | HOSHUN RESTAURANT    NEW ORLEANS LA | 9167 | 7840 | 34.00 | |
| 11/22 | 11/23 | SAVE A LOT #369    GRETNA LA | 7647 | 7840 | 2.17 | |
| 11/22 | 11/23 | DOLLAR TREE    TERRYTOWN LA | 1500 | 7840 | 69.09 | |
| 11/22 | 11/23 | HARVARD COOPERATIVE    617-499-2220 MA | 0546 | 7840 | 143.00 | |
| 11/22 | 11/25 | WALGREENS #5040    NEW ORLEANS LA | 2414 | 7840 | 43.97 | |
| 11/22 | 11/25 | FEDEXOFFICE 00015115    NEW ORLEANS LA | 5538 | 7840 | 19.60 | |

continued on next page...

009-069

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 11/23 | 11/25 | FEDEX 784730214657   MEMPHIS TN | 1914 | 7840 | 21.50 | |
| 11/23 | 11/25 | SQ *AVENUE CAFE   NEW ORLEANS LA | 0584 | 7840 | 20.00 | |
| 11/23 | 11/25 | WESTBANK MARRERO CAB COMP504-6283191 LA | 6367 | 7840 | 101.00 | |
| 11/23 | 11/25 | SQ *AVENUE CAFE   NEW ORLEANS LA | 7435 | 7840 | 16.56 | |
| 11/23 | 11/25 | SQ *AVENUE CAFE   NEW ORLEANS LA | 1048 | 7840 | 15.62 | |
| 11/23 | 11/25 | TROLLEY STOP   NEW ORLEANS LA | 9998 | 7840 | 25.41 | |
| 11/23 | 11/25 | MERCHANT PIPELINE   504-919-5151 LA | 2912 | 7840 | 19.99 | |
| 11/23 | 11/25 | CAFE ROMA   NEW ORLEANS LA | 0142 | 7840 | 24.52 | |
| 11/23 | 11/25 | IGOR'S LOUNGE AND GAME   NEW ORLEANS LA | 5903 | 7840 | 17.00 | |
| 11/24 | 11/25 | WALGREENS #5040   NEW ORLEANS LA | 3722 | 7840 | 59.42 | |
| 11/24 | 11/26 | MERCHANT PIPELINE   504-919-5151 LA | 2919 | 7840 | 3.99 | |
| 11/25 | 11/26 | SQ *AVENUE CAFE   NEW ORLEANS LA | 0221 | 7840 | 18.50 | |
| 11/25 | 11/26 | Dropbox*XXPM9TY5XRH2   db.tt/cchelp CA | 2245 | 7840 | 9.99 | |
| 11/25 | 11/26 | WESTBANK MARRERO CAB COMP504-6283191 LA | 1969 | 7840 | 37.00 | |
| 11/26 | 11/26 | MEP/SCHOENHOFS/EUROPA   847-676-1596 IL | 7175 | 7840 | 316.43 | |
| | | | | | | **$10,308.83** |
| | | **Bank Cash Advances** | | | | |
| 11/14 | 11/15 | REGIONS BANK NEW ORLEANS NEW ORLEANS LA | 6208 | 7840 | 500.00 | |
| 11/21 | 11/22 | REGIONS BANK UPTOWN   NEW ORLEANS LA | 7331 | 7840 | 1,500.00 | |
| 11/23 | 11/25 | REGIONS BANK UPTOWN   NEW ORLEANS LA | 6592 | 7840 | 1,000.00 | |
| | | | | | | **$3,000.00** |
| | | **Fees** | | | | |
| 11/14 | 11/15 | BANK - TRANSACTION FEE | 6208 | 7840 | 25.00 | |
| 11/17 | 11/18 | FOREIGN TRANSACTION FEE | 9607 | 7840 | 0.37 | |
| 11/21 | 11/22 | BANK - TRANSACTION FEE | 7331 | 7840 | 75.00 | |
| 11/23 | 11/25 | BANK - TRANSACTION FEE | 6592 | 7840 | 50.00 | |
| | | TOTAL FEES FOR THIS PERIOD | | | | **$150.37** |
| | | **Interest Charged** | | | | |
| 11/27 | 11/27 | INTEREST CHARGED ON BANK CASH ADVANCES | | 7840 | 13.94 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | **$13.94** |

| 2016 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2016 | $150.37 |
| Total interest charged in 2016 | $13.94 |

## Important Messages

- Congratulations! Your Cash Credit Line has been increased to $3,560.00.
- Congratulations! Your Total Credit Limit has been increased to $17,800.00.