Attachment to Schedule "I" (Income)

# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned Notary Public in and for the Parish and State aforesaid, personally came and appeared:

**CHARLES EDWARD LINCOLN, III**

who, being duly sworn, did depose and state:

**He is not required to file Federal or State income tax returns because his income has not met the threshold that would require him to file for 2010, 2011, 2012, 2013, 2014, and 2015.**

Further affiant sayeth not.

Signature of affiant: _____
Print name of affiant:   Charles Edward Lincoln, III

**SWORN TO AND SUBSCRIBED** before me, Notary,
on the 12th day of December, 2016.

_____
NOTARY PUBLIC