1. **Name:** Demetrios Fontinatos
   **Address:** 221 Squan Beach Dr.
   Mantoloking, NJ 08738
   **Claim:** Embezzlement
   **Amount:** $7,500.00   **Date:** 12/2015

2. **Name:** Amalia Thanou & Theodore Kyriazis
   **Address:** 221 Squan Beach Dr.
   Mantoloking, NJ 08738
   **Claim:** Embezzlement
   **Amount:** $7,500.00   **Date:** Dec. 2015

3. **Name:** Inger Michelle Garcia
   **Address:** 4839 Volunteer Rd., #514
   Fort Lauderdale, FL 33330
   **Claim:** Misappropriation of Funds / Breach of Contract / Legal Malpractice
   **Amount:** $250,000.00   **Date:** 11/2015 to 05/2016

4. **Name:** Cynthia Adele Trecastelli
   **Address:** Through her Counsel of record:
   Inger Michelle Garcia
   4839 Volunteer Rd., #514
   Fort Lauderdale, FL 33330

   **Claim:** Fraud / Slander / Defamation of Character / Intentional Infliction of Emotional Harm
   **Amount:** $120,000.00   **Date:** 12/2015 to 05/2016

5. **Name:** Nicole Alexandra Henderson
   **Address:** 622 Front Street
   Slidell, LA 70458
   **Claim:** Theft
   **Amount:** $4,400.00   **Date:** 05/2016 to 07/2016

6. **Name:** Stephanie Panis
   **Address:** 4440 SW 28th Terrace Fort
   Lauderdale, Florida 33312
   **Claim:** Collection of Funds under False Pretenses / Breach of Contract
   **Amount:** $4,200.00   **Date:** 05/2016

7. **Name:** Kalista Kay & John L. Laudon (d.b.a. Maui Island Paradise Villas II)
   **Address:** 3254 Keha Dr.
   Kihei, HI 96753
   **Claim:** Breach of Contract
   **Amount:** $120,000.00   **Date:** 01/2013 – 02/2013

List of Claims against Third Parties - Exhibit A

8. **Name:** Robert Hurt & Maria Hurt (a.k.a. Lawmen & a.k.a. Lawsters)
   **Address:** 2460 Persian Drive #70
   Clearwater, FL 33763
   **Claim:** Tortious Interference / Trade Libel / Hobb's Act – Extortion / Intentional Infliction of Emotional Harm
   **Amount:** 500,000.00  **Date:** 12/2014 – Present

9. **Name:** Melinda Pillsbury-Foster / Michael N. Mastoris / Michael Santomauro
   **Claim:** Tortious Interference / Trade Libel / Hobb's Act – Extortion / Intentional Infliction of Emotional Harm
   **Amount:** $1,000,000.00  **Date:** 07/2014 – Present

10. **Name:** Leonard and Claudia Freiman (d.b.a. Caldwell International Securities Corporation)
    **Address:** 7635 FM 32
    Fischer, TX 78623
    **Claim:** Tortious Interference with Fiduciary Contract & Relations / Conspiracy to Breach Fiduciary Relations, with regard to 2 Lincoln Family Trusts
    **Amount:** $2,500,000.00 (Same as 11 & 12)  **Date:** 07/2016 – 08/2016

11. **Name:** Peyton Yates Freiman
    **Address:** 7635 FM 32
    Fischer, TX 78623
    **Claim:** Tortious Interference with Fiduciary Contract & Relations / Conspiracy to Breach Fiduciary Relations, with regard to 2 Lincoln Family Trusts
    **Amount:** $2,500,000.00 (Same as 10 & 12)  **Date:** 07/2016 – 08/2016

12. **Name:** David A. Rogers
    **Address:** 595 Round Rock West Dr.
    Suite 101
    Round Rock, TX 78681-5028
    **Claim:** Tortious Interference with Fiduciary Contract & Relations / Conspiracy to Breach Fiduciary Relations, with regard to 2 Lincoln Family Trusts
    **Amount:** $2,500,000 (Same as 10 & 11)    **Date:**

13. **Name:** Robert Danner, James D. Danner, & Kathryn M. Danner (d.b.a. Olivier House Property Management, LLC)
    **Address:** 828 Toulouse St.
    New Orleans, LA 70112
    **Claim:** Fraud / Extortion / Breach of Contract
    **Amount:** To Be Decided    **Date:** 02/2013

List of Claims against Third Parties - Exhibit A

14. **Name:** Desherick J. W. Boone
    **Address:** 1000 St Charles Ave. Suite 1
    New Orleans, LA 70130
    **Claim:** Legal Malpractice / Fraud / Breach of Contract
    **Amount:** 25,000.00   **Date:** 02/2015 to 03/2015

15. **Name:** Barbara A. Fein
    **Address:** 721 Dresher Rd # 1050
    Horsham, PA 19044
    **Claim:** Fraud / Conspiracy to Defraud / Wrongful Foreclosure
    **Amount:** $2,000,000.00   **Date:** 01/2015 - Present

16. **Name:** DB 50 2011-1 Trust (Wells Fargo Delaware Trust Co.)
    **Address:** 919 North Market St., #1600
    Wilmington, DE 19801
    **Claim:** Fraud / Conspiracy to Defraud / Wrongful Foreclosure
    **Amount:** $2,000,000.00   **Date:** 01/2015 – Present

17. **Name:** Michael A. Lenaburg & Angeliki Fotiades
    **Address:** 3579 East Foothill Blvd, #544
    Pasadena, CA 91107
    **Claim:** Breach of Contract / Fraud
    **Amount:** $30,000.00   **Date:** 03/2014

List of Claims against Third Parties - Exhibit A