ATTACHMENT II

## Initial Debtor Interview Financial Report

CASE NAME: _In Re Charles E. Lincoln_

CASE NUMBER: _16 - 12650_

Chapter 11 Cover Sheet

_12/12/2016_  Date of Report

Mark One Box For Each Required Document

Debtor must attach each of the following documents or a satisfactory explanation for failure to attach a document.

| Document Attached | Previously Submitted | Explanation Attached | REQUIRED DOCUMENTS |
|---|---|---|---|
| { } | { } | { } | 1. Latest Fiscal Year Financial Statements. |
| { } | { } | { } | 2. Balance Sheet as of Month-end Immediately Preceding Filing. |
| { } | { } | { } | 3. Profit and Loss Statement for Month Immediately Preceding Filing. |
| { } | { } | { } | 4. Proof of Insurance Coverage - General Liability Coverage, Property (Fire, Theft, etc.) Insurance, Workers' Compensation Insurance, Vehicle Insurance or Other. |
| { } | { } | { } | 5. Receipt and Certification of Understanding Operating Guidelines and Reporting Requirements for Chapter 11 Cases (Attachment III). |
| { } | { } | { } | 6. Completed "Information for Initial Debtor Interview" (Attachment IV). |
| { } | { } | { } | 7. Completed "Declaration of Pre-Petition Account Closings" (Attachment V). |
| { } | { } | { } | 8. Proof of establishment of debtor in possession bank accounts as outlined, infra., with voided original preprinted check (Attachment VI) and a copy of the signature card. |
| { } | { } | { } | 9. Most recently filed Federal Income Tax Return with all schedules and attachments. |
| { } | { } | { } | 10. Delinquent Quarterly Fee Notice (Attachment VII). |
| { } | { } | { } | 11. Authority for Direct Communication (Attachment VIII). |
| { } | { } | { } | 12. Six month cash flow projections in small business cases (Attachment IX). |
| { } | { } | { } | 13. Form 26 where applicable (Attachment X) |

I declare under penalty of perjury that the following Initial Debtor Interview Financial Report, and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: _12/12/2016_
(date)

Debtor(s): _Charles Edward Lincoln_

By: _____

Position: _____

Name of preparer: _____

Telephone No. of Preparer: _____

\* both debtors must sign if a joint petition
\*\* for corporate or partnership debtor

FORM 1
3/11

ATTACHMENT III

**RECEIPT AND CERTIFICATION OF UNDERSTANDING OPERATING GUIDELINES
AND REPORTING REQUIREMENTS FOR CHAPTER 11 CASES**

CASE NAME: _In Re Charles Edward Lindy III_

CASE NUMBER: _16-12650_

I hereby certify that I have received from the Office of the United States Trustee the Operating
Guidelines and Reporting Requirements for Chapter 11 cases. Further, I hereby certify that I have
read and understand the guidelines and requirements, and I agree to perform in accordance with said
guidelines and requirements.

_12/12/2016_ _____
(Date)                                        (Debtor)

_____
(Debtor)

_____
(Corporate Representative)

_____
(Title)

_Charles Edward Lindy III_
(Printed Name of Signatory)

The undersigned, as counsel for the debtor, has read and reviewed with the debtor, the operating
guidelines and reporting requirements discussed above.

_Dec. 12, 2016_ _Robert L. Marrero_
(Date)                                        (Attorney for Debtor)

3/11

ATTACHMENT IV

Page 1 of 2

## INFORMATION FOR INITIAL DEBTOR INTERVIEW

DATE: _12/12/2016_

CASE NAME: _In Re: Charles Edward Lynch, III_

CASE NUMBER: _____

BUSINESS INFORMATION:

FUNCTION: _Real Estate Management_

NUMBER OF EMPLOYEES: _1_    DATE STARTED/INCORPORATED: _1990_

CORPORATE OFFICERS, PARTNERS OR SOLE PROPRIETORSHIP:

| NAME | TITLE | % OF OWNERSHIP | SALARY(Past 12 Mos.) |
|------|-------|----------------|----------------------|
| Charles E. Lynch | Owner | 100% | $ Zero |
| | | | |

HAS APPLICATION FOR APPOINTMENT OF DEBTOR'S COUNSEL BEEN FILED WITH THE COURT?   YES _X_   NO _____

SPECIFIC CONDITIONS WHICH CAUSED THE CHAPTER 11 PETITION TO BE FILED: _____

_Foreclosure Trial Set in New Jersey While_
_property occupied by fraudulent creditor_

DEBTOR'S PROPOSED PLAN OF ACTION: _Evict fraudulent Creditor,_
_Restore Property in NJ, Develop property As_
_Junction Mex, w_

FINANCIAL CONDITION AS OF FILING DATE:

CASH: _$0_     INVENTORY: _$ 0_

ACCTS. RECEIVABLE (TOTAL): _____   AMOUNT UNCOLLECTIBLE: _____

FIXTURES & EQUIPMENT: _____   VEHICLES: _____

REAL ESTATE:

| LOCATION/DESCRIPTION | VALUE | DEBT | LIEN HOLDERS |
|----------------------|-------|------|--------------|
| 721 Sequun Beach Curtis Point, Mantoloking NJ 08738 | $1.6mm | Disputed | DB&O-2011-1 Disputed |

ACCOUNTS/NOTES RECEIVABLE FROM OFFICERS: _____

3/11

DEBTOR ITERVIEW

ATTACHMENT IV

Page 2 of 2

CASE NAME: _In Re Charles Edward Lincoln III_

CASE NUMBER: _16 - 12650_

OTHER SIGNIFICANT ASSETS: _Beneficiary of Fidei comiso on Rancho a la Entrada le Yen Kom, Municipio de Kand, Cantar Xcalacoof - Viena_

OWING UNSECURED/TRADE ACCOUNTS: _____ NO. OF ACCOUNTS: _____

TAXES:

TAXING AUTHORITY _Orean County, N.J. Estado de Jucaty, Mexico, Municipio de Keuna_

AMOUNT _Unknown unknown_

WAGES OWED: _____

RENT OWED: _____

ACCOUNTS OR NOTES PAYABLE TO OFFICERS: _____

POST PETITION LITIGATION: _____

ENVIRONMENTAL CONCERNS (describe): _____

NO. OF CLAIMS: _____

MOS. IN ARREARS: _____

SECURED DEBTS: (DO NOT REPEAT OBLIGATIONS LISTED UNDER REAL ESTATE)

| SECURED PARTY | TRANSACTION DATE | AMOUNT | COLLATERAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

COMMENTS:

_____
_____
_____
_____

ATTACHMENT V

CASE NAME: _____

CASE NUMBER: _____

## DECLARATION OF PRE-PETITION ACCOUNT CLOSINGS

All pre-petition bank accounts of ___*Marla Buran*___, as listed below*, were closed on

___*12/12/2016*___:
(Date)

| Depository Name | Account Type | Account Number |
|---|---|---|
| Netspend VISA | Ace Elite Debit | 4039979945296 1877 |
| Netspend VISA | Ace Elite Debit | 40397948 0303272 |

*Operational functions* — No may transferred out

All monies have been transferred to the following debtor in possession bank accounts*:

| Depository Name | Account Type | Account Number |
|---|---|---|
| Regions Bank | Debtor in possession | 0246 16 1961 |
| "Life Green E Access | | H / 161 |
| | E A ccount | |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___*12/12/2016*___                          _____
(Date)                                                                        (Debtor)

_____
(Debtor)

_____
(Debtor)

_____
(Debtor)

*Charles Edward Lynch, III*
(Printed Name of Signatory)

*Attach additional sheets if necessary

3/11

ATTACHMENT VI

## DEBTOR IN POSSESSION ACCOUNTS

```
ABC, INC.                Real Estate Account        No. _____
Debtor in Possession     Trust Account
Case No. 01-11111        Operating and/or Personal Account
1400 Everystreet         Payroll Account
Anytown, LA 80000        Tax Account                _____ , 20 __
(504) 111-1111           Cash Collateral Account
                         (Whichever Applicable)


PAY TO THE
ORDER OF _____ $ _____


_____

THE BANK OF ANYWHERE

FOR _____    _____
```

This is an example of a correctly-styled check for a debtor in possession bank account.
Please use it as a guide in setting up your account and in ordering checks.

The words "Debtor in Possession" and the bankruptcy case number must be IMPRINTED on all checks
issued by a debtor.   Handwritten, typewritten and hand-stamped versions are not acceptable.   The use of the
abbreviation "DIP" for debtor in possession is not acceptable.   In addition, the checks must be pre-numbered
by the printer.

*I hand delivered the executed copy of this form to Mr Glyn. Mullen in November*

3/11

ATTACHMENT VII

**Case Name:** _In Re Charles Shul fin III_

**Case Number:** _16 - 12650_

## NOTICE

DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING  DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. 1930(A)(6)

Please be advised that, pursuant to the Debt Collection Improvements Act of 1996, Public Law104-134, Title III, Section 31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. Section 3701, the United States Trustee intends to use the debtor's Taxpayer Identifying Number ("TIN") as reported by the debtor or debtor's counseling connection with the chapter 11 bankruptcy proceedings for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts.  Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies, (3) send collection notices to the debtor, (4) engage private collection agencies to collect the debt, and (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

Debtor

Debtor

ATTACHMENT VIII

**Case Name**: _Charles Edward Lincoln, III_

**Case Number**: _16 - 12650_

### STATEMENT OF DEBTOR'S ATTORNEY CONCERNING DIRECT CONTACT

As attorney for the above referenced Chapter 11 debtor, the undersigned attorney:

___X___ has no objection to UST personnel contacting the debtor(s) or debtor's representative regarding financial information contained in the monthly operating reports or initial debtor interview documents and UST quarterly fees.

Designated representative: _____      Telephone #:_____

Designated representative: _____      Telephone #:_____

_____ requests all contacts with the debtor be arranged through me.

Dated: _Dec. 12, 2016_                    Signature: _Robert L. Marrero_
                                                        (Attorney for Debtor)

3/11

Case Name: <u>In Re Charles Edward Lincoln, III</u> ||| Case Number: <u>16-12650</u>

## Narrative Statement

### For the Period October 26, 2016 to December 15, 2016

During the initial period after I filed my Chapter 11 Bankruptcy Petition on Wednesday, October 26, 2016, as debtor-in-possession I first met with AUSA Ms. Amanda George and Mr. Glyn Miller of the U.S. Trustee's Office. My first step was to open up a Debtor-in-Possession account at Regions Bank, which is the first regular Bank account I have had in my name since 2001. After speaking with Ms. George and Mr. Miller, and attending pro se a single hearing before the Court Judge Elizabeth Magner, presiding, I determined that I needed counsel, and then hired Robert L. Marrero as my attorney. Since then I have spent most of my time gathering and organizing all the information I could concerning my equitable and legal interests in real property in New Jersey and Mexico (plus other property amounting mostly to claims or contemplated legal actions).

In regard to my legal interests in the New Jersey real estate known as 221 Squan Beach Drive, Curtis Point, Brick Township, Mantoloking, Ocean County, New Jersey 08738, I continued planning the ejectment action I had begun prior to filing my Bankruptcy Petition with attorney Michael D. Mirne, who has filed an Ejectment Action (VENUE : OCEAN COURT : LAW SCP DOCKET #: DC 009511 16; CASE TITLE : LINCOLN v. THANOU AMALIA L; in the New Jersey Superior Court, Special Civil Part, located in Toms River, Ocean County, New Jersey. The final hearing in that case was originally set for today, Monday, December 12, 2016, but the defendant Ms. Thanou, a "past-master" at resisting evictions "Coast to Coast" in the USA, obtained an "adjournment" or postponement of the hearing until next Monday, December 19, 2016.

My legal ownership of the property in New Jersey is both disputed and contingent on the outcome of litigation with DB 50 2011-1 Trust regarding which a certain Ms. Barbara A. Fein is attorney of record. I contend that the claims of the DB 50 2011-1 Trust are entirely fraudulent and without legal or equitable basis, and so I should own the New Jersey property outright, free and clear. To that end, earlier this year, I hired Ms. Paula Rush as a forensic expert and have recently reconfirmed that she is available to work with me and testify in any action brought under this bankruptcy. (CV Attached).

- 1 -

In regard to my undisputed and non-contingent equitable interests as beneficiary of a Fideicomiso held in the name of Pedro Un Cen, as Fideicomisario, known as "Rancho a la Entrada de Chan Kom", located on the Tramo Xcalacoop-Kaua de la Carretera Chichen Itza-Valladolid, in the Municipio de Kaua, Estato de Yucatan, Mexico, I made contact for the first time in many years with Sr. Un Cen, the Fideicomisario, and have requested that he scan and make copies of the relevant paperwork so that I can show these to the Court and perhaps borrow against the property as part of my plan of reorganization (through the use of a Mexican "Fideicomiso de Guarantia").

In regard to all other legal and equitable claims listed as property, I have merely been making the list and assembling the descriptions necessary to preserve these lists in the schedules. I anticipate that my claims listed against Ms. Thanou and her entire family may have to be the first to be filed. I already have a lawsuit filed in the Orleans Parish District Court wherein I am represented by Michael Louis Martin, against Kalista Kay Laudon of Kihei, Maui, Hawaii, and her brother John L. Laudon in Minnesota regarding some work I did for Maui Paradise Villas II in Kihei, and their interference with my personal trust known as Tierra Limpia, originally based in Lago Vista, Texas, absconding personal trustee Peyton Yates Freiman and his attorney David Andrew Rogers of Austin.

Otherwise, certain creditors such as Mr. Robert Hurt of Clearwater, Florida have approached me, reminding me of their claims, and also of my broader disputes with them. I made contact with Inger Michelle Garcia of Broward County, Florida, and it appears nothing can be worked out with her, and that, in fact, she may be refusing to return my paperwork and books, computer and other possessions from my last winter's visit to Florida from late January-March, 2016.

So far, all funds expended in this case have been borrowed from my friend Ms. Helen Sorayya Carr, who has not only paid most of my expenses directly but provided me with cash to pay all expenses which she could not pay directly. Her loans to me provide the current balance in my Regions Bank Debtor-in-Possession Account, the funds paid to retain counsel Mr. Marrero, and all other expenses.

My plan in this case is to first retake possession of and then rehabilitate the very fine Jersey Shore House in Mantoloking as a rental property, suitable to rent out for $1000-$1200/day during the summer months, slightly less during Spring and Fall (and typically vacant during winter). The current occupant Amalia Liana Thanou had promised to rehabilitate the property but instead got me involved in several suits regarding her non-payment of contractors (such as Char-Nel Pool) and fraudulently renting out the property without a Certificate of Occupancy (Thomas J. Fagan and Ankita Javia). She then failed and refused to leave the premises for over a year, insisting on making one outlandish claim to unsubstantiated repair expenses after another---leading ultimately to the ejectment proceedings and the necessity for this bankruptcy to permit reorganization.

In regard to Yucatan, I want to find investors to develop this property for archaeological and eco-tourism. My property has one of the last stands of climax rainforest still extant in the State of Yucatan, as well as several small ancient Maya ruins. The land was originally divided between fruit orchard, cornfields, apiculture (bees), and cattle ranching, and I would rehabilitate some of these functions in coordination with the eco-tourism angle, because my property is located between the very famous ancient ruins of Chichen Itza, Yucatan, subject of my 1990 Doctoral Dissertation at Harvard University "Ethnicity and Social Organization at Chichen Itza, Yucatan" and the Aeropuerto Internacional (International Airport) of Chichen Itza located at Kaua, Yucatan ((IATA: **CZA**, ICAO: **MMCT**).

**PAULA RUSH**
4619 Hidden Forest Lane
Sarasota FL 34235
http://paularush@comcast.net
443-676-3509

**WEBSITES**
paularush.com
loandatafinder.com

**BLOG**
paularush.me

## BACKGROUND STUDY
December 2006 – Present

I have been involved in cases and investigation of the mortgage industry, loan and securitization auditing, securitization analysis, and as an auditor/expert in affirmative actions against lenders, and defensive actions against foreclosures logging well over 15,000 hours of time researching cases, reading thousands of reports, treatises, law journal articles, opinions, court findings, consumer advocacy group papers, transcripts, etc.

I have reviewed all the findings of the Financial Crisis Inquiry Commission, The Permanent Committee on Investigations ("Levin Report" released over 1800 pages), and several other major investigations. I have reviewed all the pleadings and evidence in all the insurer and investor lawsuits, SEC lawsuits, bankruptcies of major lenders, and major civil lawsuits.

Due to eight years of experience and well-rounded knowledge in this field, I have been retained as an auditor, expert, and litigation support for hundreds of affirmative actions against lenders, and defensive actions against foreclosures in nine states. My work in those cases includes all aspects of loan and securitization auditing, litigation, discovery, consulting, training, and expert services.

## EXPERT EXPERIENCE

I am one of a relatively small handful of professionals who have mastered the complexity of mortgage loan and securitization auditing and how those concepts translate to affirmative and defensive litigation in defense of property. I routinely act as a Litigation Support Specialist, Expert Witness and Forensic Consultant, Loan and Securitization Auditor, Trainer, and specialized paralegal for law firms in several states. I am called upon to assist with all aspects of preparing a case, filing affidavits of audit findings and testifying on clients' behalf as an expert.

1

I have been involved in cases in Louisiana, Delaware, Maryland, Ohio, Florida, Virginia, Georgia, North Carolina, Hawaii, Oregon, California, New York, Wisconsin, Utah, Michigan, and the District of Columbia. I consult with law firms regarding affirmative lender litigation including strategy, research, and preparing pleadings, defense of mortgage foreclosure, deficiency judgments, short sales, and loan modification.

I have an extensive and comprehensive understanding of mortgage lending and securitization related issues and have conducted in depth analysis of over 500 loan files and securitization trusts and review audits of hundreds more through research and investigation encompassing thousands of securitization documents, reports, bankruptcy filings, counterparty lawsuits, party specific and industry research. This in depth understanding has been earned through more than seven years of practical experience("boots on the ground") and thousands of hours of deep research regarding all aspects of origination and securitization of loans. In short, for more than seven years I have spent every day immersed in mortgage loan and securitization related issues, advocating for homeowners, training attorneys and auditors, and providing expert services.

## SPECIFIC AREAS OF EXPERTISE

Securitization Auditing including; New York and Delaware trust law, all forms of RMBS trusts, structure of trust investment classes, investor pass through rates, multiple layers of credit enhancements, document custodial history, UCC code, reverse repurchases, secured financings vs. true sales, waterfall structures, trigger events, voting rights including matters put to vote, fractional pledges of principal and interest, stress tests and modeling assumptions, representations and warranties, document exceptions, margin calls, and a myriad of other securitization issues including interest rate and credit default swaps.

Loan Auditing including; discrimination, elder abuse, appraisal fraud, contract claims, accounting, assignments and transfers, title and settlement violations, fee audit, illegal charges, overcharges, loan rescission, void at inception or voidable contracts, federal and state law violations.

Participant Auditing including; mortgage broker, table funder/lender, warehouse lender, loan purchaser, securitization aggregator, sponsor, indenture trustees, owner trustee, document custodian, certificate insurer, mortgage insurer, title insurer, servicer, master servicer, and special servicers.

Special Areas of Expertise include: Pay Option Arm loans, lender bankruptcy claims - equitable subordination, relief from stay, administrative priority claims, discrimination, insurer and investor claims, financial elder abuse, and appraisal fraud.

## AUDITING EXPERIENCE

In the course of my work I have produced hundreds of audit reports and affidavits in residential and commercial real estate mortgage investigations and am recognized by Attorneys as a leading expert and investigator in the field. My audits support attorneys

lawsuit claims related to state and federal law claims and related subjects. Attorneys consult with me regarding affirmative and defensive lender litigation including strategy, research, and preparing pleadings, defense of mortgage foreclosure, deficiency judgments, short sales, second lien stripping, bankruptcy adversaries, and loan modification.

In the course of my work I am called upon to find loans in securitization trusts and analyze the structure of those trusts both at inception and the current state of the trust. I track loans on original loan tapes and investor reports from inception all the way through to present time. I find and analyze all contracts between the parties, and subsequent events such as repurchases, breaches of representations and warranties, document exception reports, reinsurance contracts, matters put to investor votes, loan liquidations, and loan sales. I have developed detailed analysis of investor reports including a proprietary best interest test. My analysis includes the investor pass through rate, the structure of the trust and the fractional distribution of principal and interest, credit enhancements, loan modifications, loss severity, open and closed investor classes, and CUSIP search for principal investors who are the real parties in interest.

I have been directly involved with numerous six figure settlements, and stopping hundreds of foreclosure sales. After stopping the sales, resolutions have been reached which allowed the homeowners to keep the home through good modification and principal reductions.

I prepare highly advanced loan and securitized analysis reports. Special expertise includes Pay-Option-Arm/ Pick-a-Pay loans, lender bankruptcies, analysis of securitized trust structure, best interest of investors test, FDIC loss share agreements, and complex credit enhancements structures.

I have experience in identifying loan violations related to; false advertising, mortgage broker's practices, appraisal fraud, unmarketable titles, loan settlement practices, mortgage insurances, predatory lending violations, predatory servicing practices, Federal and state law violations in several states and regulatory requirements. I gained substantially all my education through independent study and over seven years of practical case specific experience which includes litigation against every major Wall Street Bank, small to large loan originators, all major servicers, and many FDIC insured banks.

### SPECIAL POSITIONS

**2007- 2010 Chairperson – Official Borrower's Committee**
AMERICAN HOME MORTGAGE HOLDINGS, INC., Case No. 07-11047

I was nominated to serve as Chairperson of the Official Committee of Borrowers in the bankruptcy of American Home Mortgage by AARP Managing Attorney, Rawle Andrews Esquire, **AARP Legal Counsel for the Elderly**, 601 E Street, NW, A4-410, Washington, D.C. 20049, and unanimously elected by the committee members, Mike Roland, **Consumer Law Center**, P.A., 537 10th Street West, Bradenton, FL 34205, Keith J. Keogh, Esquire, **Law Offices of Keith J. Keogh**, Ltd., 227West Monroe Street, Suite 2000, Chicago, IL 60606, Margaret Becker, Esquire, **Staten Island Legal Services**, 36 Richmond Terrace, Room # 205, Staten Island, NY 10301, , Hope Del Carlo, Esquire, **Oregon Law Center**, 921 SW Washington Street, Suite 516, Portland, OR 97205. I resigned as Chairperson in 2010

3

when I settled my personal case. The Chapter 11 plan was confirmed and all committees were dissolved shortly thereafter.

Committee Counsel Stephen A. Weisbrod
Gilbert Oshinsky LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
T (202) 772-1962
F (202) 772-3962
weisbrods@gotofirm.com
www.gotofirm.com

I was the driving force behind the appointment of the AHM *Official Borrower Committee* and Judge Christopher Sontchi repeatedly recognized and complimented me on my efforts in many hearing transcripts. The *Official Borrower Committee* was appointed after I advocated individually for more than one year for borrower rights in this case. Due to my efforts and exposure of homeowner issues, I was instrumental in obtaining the only homeowner committee ever appointed in a lender bankruptcy case. My advocacy work resulted in my appointment as Chairperson of the committee. I fought for 1 ½ years Pro Se for various protections for borrowers and was solely responsible for the insertion of 363(o) protections in all loan sales and the servicing platform sale agreement. This protection had been absent from numerous lender loan sales in bankruptcy in Delaware.

Through my individual efforts, and later committee efforts, we fought for protections in loan sale agreements, protections in the bankruptcy plan, for an ombudsman, protection of documents, and to protect borrower rights to defend against foreclosures without the protection for American Home in the automatic stay. We fought against destruction of documents, and we crafted protection language in the reorganization plan. We secured a fully funded ombudsman to assist homeowners after the plan was effective and the committee dissolved.

As Chairperson of the committee, I was instrumental obtaining numerous protections in the bankruptcy plan, including a plan ombudsman for borrowers to obtain loan files and obtain information on the holder of their note, mandated protection of documents, and special rights for homeowners to protect borrower rights to defend against foreclosures without consideration for the protection for American Home in the automatic stay, as well as many other protections.

The Committee was supported by the State of Maryland, Center for Responsible Lending, National Association of Consumer Advocates, Regional US Trustee Roberta DeAngelis, National Consumer Law Center in Washington DC, and many others.

## CONTINUED ADVOCACY FOR HOMEOWNERS

4

Beginning in June 2012 I initiated and worked on bringing a motion to form an official homeowner committee in a 51 debtor bankruptcy which included origination, servicing, securitization, and foreclosure entities associated with GMAC Mortgage LLC.

On August 24 2012, Robert Brown Esq. filed a motion to form an Official Borrower-Homeowner Committee in the Residential Capital, LLC, Case No. 12-12020 (MG) pending in the United States Bankruptcy Court, Southern District of New York.  That motion may be viewed at: http://www.kccllc.net/documents/1212020/121202012082400000000016.pdf

To support that motion I did extensive research into the case and wrote an amicus brief in support. That document may be viewed at:
http://www.kccllc.net/documents/1212020/121202012092600000000009.pdf

On September 27, 2012 I attended the hearing in New York and argued for the formation of the committee.  The committee appointment was denied, however special counsel was appointed to represent homeowners in this case.

## TEACHING/TRAINING EXPERIENCE

For the past four years I have trained attorneys on all topics including loan auditing, securitization, discovery, credit enhancements, regulatory requirements, foreclosure defense, FDIC loss share agreements, appraisal fraud, investor fraud, clouds on title, financial elder abuse, and all Federal and State laws applicable to lender litigation and foreclosure defense.  I train attorneys on how to uncover the violations, understand the transactions, and apply legal concepts to the litigation such as; unclean hands, indispensable parties, fraud at inception, fraudulent inducement, impossibility of performance, void and voidable contracts, and estoppels(judicial, equitable, silence, promissory).

I have been retained to train auditors and foreclosure defense attorneys in California, Virginia, Florida, and Georgia.  My training includes loan and securitization auditing, research and use of data mined from securitization, legal strategy, connecting agency relationships originators through securitization and research analytics such as investor best interest test, spread test, and chain of title research, how to identify and prove various frauds such as: insurance fraud, appraisal fraud, origination fraud, broker fraud, securitization fraud, and aiding and abetting fraud and use of document exception reports to connect fabrication and false document production.

## RECENT TRAINING ENGAGEMENTS
**Legal Alliance**
**Peter Bowers Esq.**
2234 N. Federal Hwy #419
Boca Raton Florida 33431
561-235-7980 Office
561-245-1503 Cell

**Salfi & Sprysenski, P.A.**
Chris Sprysenski, Esq.

Dominick Salfi(retired judge)
999 Douglas Avenue, Suite 3324
Altamonte Springs, FL 32714
407-774-2700 (T) 407-774-7308 (F)

**The Law Office of Mandy Pavlakos, P.A.**
1410 Lake Baldwin Lane, Suite A
Orlando, FL 32814
**Office Phone :**( 407)745-0801
**Fax:** (407)209-3807

**Law Offices of Lance Denha**
3948 Coral Ridge Drive
Coral Springs, FL 33065
Office: 954-840-0770
Toll Free: 855-862-2223 ext 377
Fax: 855-856-2529

**Brown, Brown & Brown, P.C.**
Christopher Brown Esq.
R. Michael Smith Esq.
Miguel A. Vaca Esq.
6269 Franconia Road
Alexandria, Virginia 22310
Phone: 703.924.0223
Fax: 703.924.1586
brownfirm@lawyer.com
www.metrotriallaw.net
www.facebook.com/virginiaattorney

**Latin Law Group, LLC**
Latrice Latin, Attorney
llatin@latinlawgroupllc.com
www.latinlawgroupllc.com
1455 Old Alabama Road
Suite 195-B
Roswell, GA 30076
Office: 678-890-5868
Fax: 678-853-2405

**Calomeni & Associates**
Dale Calomeni, Attorney
dacalomeni1@bellsouth.net
www.calomenilaw.com
1455 Old Alabama Road
Suite 195-B

6

Roswell, GA 30076
Office: 770-597-6112
Cell: 770-597-6111

**ALBERT LAW GROUP**
Alvin S. Albert - Attorney at Law
2791 Main St
East Point GA 30344
Phone: 404-781-8567
Fax: 678-278-0988
albertlawgroup@yahoo.com

## ADDITIONAL ATTORNEY REFERENCES

### CALIFORNIA
Nathan Fransen
Fransen and Molinaro, LLP
951.520.9684 – tel
951284.1089 – fax
www.fransenandmolinaro.com

**Law Offices of James F. Pokorny, A P.C.**
James Pokorny
110 West "C" Street Suite 1504
San Diego, CA 92101-3907
Phone: 866-941-3385 (Toll Free) / 619-894-8321
Fax: 619-239-8141
James@jamespokornylaw.com

### FLORIDA
**The Mack Law Firm Chartered**
Jacqulyn Mack
Trial and Appellate Lawyers
2022 Placida Road
Englewood, Florida 34224-5204
(941) 475. 7966 telephone
(941) 475. 0729 facsimile
Jacqulyn@MackLawFirm.org
Sarasota Office:
27 Fletcher Avenue
Sarasota, Florida 34237

Matthew Weidner PA
1229 Central Avenue,
St. Petersburg Florida 33705 Phone
 (727) 894-3159 Fax: (727) 213-6235

7

weidner@mattweidnerlaw.com

Pomeranz & Associates, P.A.
Mark Pomeranz
1920 E Hallandale Beach Blvd
Hallandale Beach, FL 33009
Office: 305-891-5858

## WASHINGTON DC
Rawle Andrews Jr., Esq.
Regional Vice President - Mideast States
601 E. Street, NW   Suite B8-550
Washington, DC, 20049
Office: 202-434-2047
Fax: 202-434-6470
www.aarp.org
www.createthegood.org

## NEW YORK
Robert E. Brown, Esq.
Law Offices of Robert E. Brown, PC
44 Wall Street, 12th Floor
New York, NY 10005
Wall Street (212) 766-9779
Mott Street/Chinatown (347) 488-6969
Staten Island (718) 979-9779
Facsimile (718) 979-9784
www.RobertBrownLaw.com

David Aker Attorney at Law
23 Southern Road
Hartsdale, New York 10530
Tel. & Fax 914 674-1094
International Fax 914 479-5304
Cell 914 426-1775
daveaker@optonline.net

## DELAWARE
Law Office of Vivian Houghton
800 North West St., 2nd Floor
Wilmington DE
Phone: 302-658-0518
Fax: 302-658-5731
Website: www.vivianhoughton.com
vivianhoughton@comcast.net

**MARYLAND**
John D. Burns, Esquire
The Burns LawFirm, LLC
6303 Ivy Lane, Suite 102
Greenbelt, MD  20770
Phone: 301-441-8780
Email: jburns@burnsbankruptcyfirm.com

## INVESTIGATIONS

### Federal Reserve False Advertising Investigation – 2007

I participated in an investigation with The Federal Reserve Board regarding the advertising practices of lenders.

### Real Estate Fraud Ring in California – 2007

In 2007 I uncovered a large mortgage fraud scheme in California which I turned over the Los Angeles FBI (several homeowners and Mona Dobben were involved).  I testified at a trial in the American Home Mortgage Bankruptcy for one of the victims, Mona Dobben, which led to a $100,000 judgment in her favor to be paid as a administrative priority claim[1] of $100,000 for aiding and abetting the mortgage broker in a fraud[2] and post petition conduct.  American Home appealed.[3] After filing a motion for bond[4] to protect the judgment and a hearing on the matter a second order was entering granting the full payment of the previous order and the appeal was dropped by the Debtors.[5] The transcript of my testimony in this case was published by the Wall Street Journal.[6]

### Insurance Fraud Investigation with TRIAD in 2007-2008.

I initiated and participated in and insurance investigation with mortgage insurer TRIAD with fraud investigator John Murphy jmurphy@marcorconsult.com and Earl Wall ewall@tgic.com,  Senior Vice President, Secretary and General Counsel

### Financial Crisis Inquiry Committee Investigation

I was contacted by Dixie Noonan a member of The Financial Crisis Inquiry Commission appointed by Congress (FCIC) and asked to share my research related to the mortgage industry and securitization of loans as part of their investigation.

---

[1] http://dm.epiq11.com/AHM/Document/GetDocument/1019292
[2] http://www.prweb.com/releases/2010/02/prweb3596764.htm
[3] http://dm.epiq11.com/AHM/Document/GetDocument/1005825
[4] http://dm.epiq11.com/AHM/Document/GetDocument/1103024
[5] http://dm.epiq11.com/AHM/Document/GetDocument/1151054
[6] http://online.wsj.com/public/resources/documents/amhome_transcript.pdf

### Securitization Auditing

I've completed hundreds of audits on loans and securitization trusts created between 2006-2016 uncovering double sold loans, insurance fraud, Federal and State law violations, and fraud which led to settlements, judgments, and protection of homeowner property.

## DELAWARE LENDER BANKRUPTCY CASE
*American Home Mortgage Holdings Inc*. Case No.  Case No. 07-11047 (CSS)

ATTORNEY – Zuckerman Spaeder LLP, Gilbert Randolph LLP
ROLE - Chairperson of homeowner committee.
RESULT- Appointment of Official Committee of Homeowners, Protection of Homeowners rights including appointment of an Ombudsman, protection of loan files, 363(o) ownership transfer protections, and other homeowner protections in Chapter 11 plan.

## TESTIMONY TRANSCRIPTS
**TESTIMONY Dec. 9, 2009 – *Mona Dobben v.* *American Home Mortgage Holdings Inc*. Case No.  Case No. 07-11047 (CSS)
**TRANSCRIPT - *Wall Street Journal***
http://online.wsj.com/public/resources/documents/amhome_transcript.pdf

**TESTIMONY** Dec 4, 2014 – Crystal A. Combs Case No. 13-16996
Greenbelt Md. Bankruptcy Case – No Transcript  Available

**TESTIMONY** August 4, 2014 – Case No. 2009-CA- 009985
Deutsche Bank National Trust Company as Trustee for AHMIT 2006-1 v. Alan Breslow and Linda Shaffer
Manatee County Florida - Transcript
**The Mack Law Firm Chartered**
Jacqulyn Mack
Trial and Appellate Lawyers
2022 Placida Road
Englewood, Florida 34224-5204
(941) 475. 7966 telephone
(941) 475. 0729 facsimile
Jacqulyn@MackLawFirm.org

## DEPOSITION TRANSCRIPT
**DEPOSITION May 30, 2014 –** Case No. 09-36605-CA-21
JPMORGAN CHASE v. Joshua Murray
Miami-Dade Florida - Do not have copy of Transcript
**SIMON FERRO**
WARGO FRENCH
305.777.6045 (office)

E-mail: sferro@wargofrench.com
Website: www.wargofrench.com

**DEPOSITION Sept. 15, 2014** - CASE NO. 2009 CA 007805 NC – DEUTSCHE BANK v.
Erin Zolner
**The Mack Law Firm Chartered**
Jacqulyn Mack
Trial and Appellate Lawyers
2022 Placida Road
Englewood, Florida 34224-5204
(941) 475. 7966 telephone
(941) 475. 0729 facsimile
Jacqulyn@MackLawFirm.org

**ALL published commentary can be found at:**
http://paularush.com/
http://paularush.me/

### HOEPA MEETING

I attended the HOEPA meeting in Washington D.C. in 2007 and spoke at the hearing[7] and my written comments are available online.[8] I met a lawyer for the Federal Reserve at the HOEPA meeting in 2007 and was asked to submit my research to assist in a false advertising investigation by the Federal Reserve. The investigation led to the FTC sending warning letters to cease and desist deceptive advertising.[9]

I attended the HOEPA meeting in Washington D.C. in 2007 and spoke at the hearing[10] and my written comments are available online.[11] I met a lawyer for the Federal Reserve at the HOEPA meeting in 2007 and was asked to submit my research to assist in a false advertising investigation by the Federal Reserve. The investigation led to the FTC sending warning letters to cease and desist deceptive advertising.[12]

## CONTINUED ADVOCACY FOR HOMEOWNERS

Beginning in June 2012 I initiated and worked on bringing a motion to form an official homeowner committee in a 51 debtor bankruptcy which included origination, servicing, securitization, and foreclosure entities associated with GMAC Mortgage LLC.

On August 24, 2012, Robert Brown Esq. filed a motion to form an Official Borrower-Homeowner Committee in the Residential Capital, LLC, Case No. 12-12020 (MG) pending in the United States Bankruptcy Court, Southern District of New York. That motion may be viewed at: http://www.kccllc.net/documents/1212020/1212020120824000000000016.pdf

---

[7] http://www.federalreserve.gov/events/publichearings/hoepa/2007/20070614/transcript.pdf

[8] http://www.federalreserve.gov/SECRS/2007/July/20070726/OP-1288/OP-1288_18_1.pdf

[9] http://www.ftc.gov/opa/2007/09/mortsurf.shtm

[10] http://www.federalreserve.gov/events/publichearings/hoepa/2007/20070614/transcript.pdf

[11] http://www.federalreserve.gov/SECRS/2007/July/20070726/OP-1288/OP-1288_18_1.pdf

[12] http://www.ftc.gov/opa/2007/09/mortsurf.shtm

To support that motion I did extensive research into the case and wrote an amicus brief in support. That document may be viewed at:
http://www.kccllc.net/documents/1212020/12120201209260000000000009.pdf

On September 27, 2012 I attended the hearing in New York and argued for the formation of the committee.  The committee appointment was denied, however special counsel was appointed to represent homeowners in this case.

### CALPERS INVESTOR STUDY

I completed a study of CALPERS investments in mortgage backed securities. The full study is available at: http://paularush.me/

### PERSONAL CASE BACKGROUND

*Rush v. American Home Mortgage, Inc.*
Rush v. Am. Home Mortg., Inc., 2009 U.S. Dist. LEXIS 74129 (D. Md. Aug. 19, 2009)
Rush v. Am. Home Mortg., Inc., 2009 U.S. Dist. LEXIS 112530 (D. Md. Dec. 3, 2009)
Rush v. Am. Home Mortg., Inc., 2010 U.S. Dist. LEXIS 9663 (D. Md. Feb. 4, 2010)
Rush v. Am. Home Mortg., Inc., 2010 U.S. Dist. LEXIS 33630 (D. Md. Apr. 6, 2010)

I filed my own lender liability case pro se in Federal Court in 2007 , prosecuted and settled the case in 2010.   Shortly after filing the lawsuit against American Home Mortgage ("AHM"), the lender filed for bankruptcy in August of 2007.  After seeking relief from stay in the American Home bankruptcy, Sr. Judge William M. Nickerson issued two opinions upholding several counts for fraud, unjust enrichment, violations of the Maryland Consumer Protection Act, Truth in Lending Act violations,[13] and in a second opinion added Real Estate Settlement Act violations. [14]   After filing an equitable subordination motion[15] [16]against Deutsche Bank, Wells Fargo Bank, and Goldman Sachs in the AHM bankruptcy venue, the case was settled in mediation and the terms were sealed.

I prosecuted  a separate state court lawsuit styled *Rush v. Trust Appraisers* in Harford County Maryland against my appraiser for fraudulent appraisal practices and that case was also settled out of court.

After discovery that undisclosed lender paid mortgage insurance ("LPMI") was placed on the loan without disclosure in violation of The Homeowner Protection Act of 1998 (known as the "PMI ACT"),  I contacted the insurer on the loan, Triad Guaranty Insurance 101 South Stratford Road Winston-Salem, NC 27104, and participated in an insurance fraud investigation against American Home Mortgage.

### MEDIA

---

[13] http://law.justia.com/cases/federal/district-courts/maryland/mddce/1:2007cv00854/148269/45
[14] http://law.justia.com/cases/federal/district-courts/maryland/mddce/1:2007cv00854/148269/57
[15] http://dm.epiq11.com/AHM/Document/GetDocument/1429670
[16] http://dm.epiq11.com/AHM/Document/GetDocument/1199530

### FEATURED IN BOOK *Life Inside the Great Mortgage Meltdown*

Author: NY TIMES Correspondent Edmund Andrews
http://www.businessinsider.com/author/edmund-andrews

I was interviewed and assisted in research for NY Times economic correspondent Edmund Andrews book *Busted -Life Inside the Great Mortgage Meltdown.*[17] Mr. Andrews wrote: *"Paula Rush was a single mother in Churchville, Maryland, not far from Baltimore, who had become a latter-day crusader in the mold of Erin Brockovich."*

### INTERVIEW WITH CBS ATLANTA

Recently I was interviewed by CBS Atlanta[18] on the loan modification problems and robo-signed document problems.

### MEDIA and ARTICLES MENTIONS

I have been interviewed and/or mentioned in articles in Dow Jones, Forbes, AP, Boston.com, Bankrupt.com, International Business Times, Newsday, The Baltimore Sun, Bankruptcy Law Blog, Wall Street Journal, Netscape Money and Business, Yahoo Financial news, and others.

Currently I'm helping with research and consultation for an article that Michelle Conlin of Thompson Reuters is writing related to the improper accounting practices in bond reporting to investors, and problems in mortgage backed securities investor reports, foreclosure liquidations, and bidding at the sale.

### DOCUMENTARY FILMS

WINTON DUPONT FILMS – Documentary Film –not yet released. I was interviewed, acted as consultant, and assisted in tracking loans in securitized trust for the film.

I have assisted various documentary filmmakers in tracking loans in securitization trust and been consulted regarding my insights into how the bad loans factored into the financial and foreclosure crisis.



**STUDIO LAMBERT** – Documentary Film *THE FLAW* released in 2012

---

[17] http://www.amazon.com/Busted-Inside-Great-Mortgage-Meltdown/dp/0393067947
[18] http://paularush.me/

I was interviewed for a documentary film, *The Flaw*[19] and two of my audit clients, Steve Nahas and Edmund Andrews were featured in the documentary film released this year. I received a special acknowledgment in the credits.

## CASE HISTORY

| MY CV CASES | STATE | CASE NUMBER |
|---|---|---|
| ADELEYE, JOHN | GREENBELT MARYLAND | |
| ALBURY, LEWIS | PALM BEACH COUNTY FLORIDA | 50-2010-CA-015384XXXXMB |
| ALLI, ALWYN | GREENBELT MARYLAND | CASE NO. 389549V |
| Andrews, Charles | PALM BEACH COUNTY FLORIDA | CASE NO. 50 2008 CA 037390XXXXMB |
| ANDREWS, CHARLES | PALM BEACH COUNTY FLORIDA | Case No. 50-2007-CA-018679 |
| ANDREWS, ED | SILVER SPRING, MARYLAND | RESEARCH ONLY |
| ANTOLINO, JOHN | BROWARD, FLORIDA | Case No. CACE12-0927-11 |
| ARCURI, GIUSEPPE | BROWARD COUNTY FLORIDA | Case No.: 11-24156 |
| ARNOLD, NATHANIEL | PRINCE GEORGES, MARYLAND | CASE #: CAE 13-14539 |
| AUSTIN, SCOTT | GARRETT COUNTY, MARYLAND | 11-C-13013317 |
| BARNES, SHAWN | BROWARD COUNTY FLORIDA | CASE NO. CACE08037709 |
| BEALL, LAURA | FAIRFAX, VIRGINIA | |
| BENJAMIN, BARRY | CALIFORNIA | DOCUMENTARY FILM RESEARCH ONLY |
| BIRMINGHAM, JOHN | GREENBELT MARYLAND | BANKRUPTCY NO. 13-25276-WIL |
| BOZZO, ANNA | PALM BEACH COUNTY FLORIDA | CASE NO.: 50-201-CA-020864 |
| Brown, Kevin | BROWARD COUNTY FLORIDA | CACE12033263 |
| BUTLER, BRETT | FLOYD COUNTY GEORGIA | AUDIT |
| CAMPBELL, KIERNAN | SARASOTA COUNTY FLORIDA | CASE NO. 09-CA-2412-NC |
| CANTERO, LINA & ALEJANDRO | MIAMI-DADE FLORIDA | 13-2011-CA-005566-0000-01 |
| Castillo-Alves | BROWARD COUNTY FLORIDA | CASE NO. 08-CA-003379 |
| CHAMBERS, DOUG & MARIBEL | PALM BEACH COUNTY FLORIDA | CASE NO. 2010CA24680 |
| CHARLES, BRENDA | PALM BEACH COUNTY FLORIDA | CASE NO. 50-2008-CA-031466XXXXMB |
| CHEGINI, AZADEH | EASTERN DISTRICT VA | CASE NO. 14-12095-BFK |
| COLLINS, VELMA | BROWARD COUNTY FLORIDA | CASE NO. 12-033313 |
| COMBS, CRYSTAL | GREENBELT MARYLAND | Case No. 13-16996 |
| COMBS, CRYSTAL | GREENBELT MARYLAND | Case No. 13-16996 |
| COMBS, CRYSTAL | GREENBELT MARYLAND | Civil Action No. GJH 14-3372 |
| COURSEN, ELIZABETH | FLORIDA | CASE NO: 8:12-cv-690-T-26EAJ |
| D'AMBROSIO, VITO & SHERRIE | CALIFORNIA | RESEARCH-MOD |
| DAMICO, JAMES | KAUAI HAWAII | Case No.SACV09-01279 JVS (RNBx) |
| DICICCO, ROSALIE | VOLUSIA COUNTY FLORIDA | CASE NO. 2010-30601 CICI |
| DOBBEN V. AMERICAN HOME | CALIFORNIA | Case No. CV 09-8007 DSF (CWx) |
| DOBBEN V. AMERICAN HOME | DELAWARE | Case No. 07-11047 (CSS) |

---

[19] http://www.theflawmovie.com/

14

| DWYER, RICHARD | BROWARD, FLORIDA | CACE13006173 |
|---|---|---|
| EPLING, BRANDON | KAUAI HAWAII | Case No.SACV09-01279 JVS (RNBx) |
| FALERO, ERMES | PALM BEACH COUNTY FLORIDA | CASE NO. 50-2009-CA-015748XXXXMB |
| FEDEWA, ERIC | VIRGINIA | AUDIT ONLY NON JUDICIAL FORECLOSURE |
| FEDEWA, LAWRENCE | VIRGINIA | AUDIT ONLY NON JUDICIAL FORECLOSURE |
| FLOWERS, JASON | BROWARD COUNTY FLORIDA | CASE NO. 12-027762 |
| GATICA, LORENA | BROWARD COUNTY FLORIDA | CASE NO. CACE-08-060376 |
| GIORDANO, LINDA | BROWARD COUNTY FLORIDA | CACE12018135 |
| GRAVES, GRACIE | WASHINGTON DC | RESEARCH ONLY |
| GRULLON, LEANDRO | FLORIDA | RESEARCH ONLY |
| HARDISON | FLORIDA | RESEARCH ONLY |
| HARRIS, DIANE | PALM BEACH COUNTY FLORIDA | Case No. 502009CA019932XXXXMB |
| HARVEY, RON | MANATEE COUNTY FLORIDA | |
| HASSELL, ERNIE | FLORIDA | Case #: 2008-018284-CI |
| HAZLETT, KEN | WEST PALM BEACH FLORIDA | CASE NO.  50 2007CA016175XXXXMB |
| HORNADAY, CHRIS | GEORGIA | RESEARCH ONLY |
| HUMBARGER, ROGER | OREGON | CASE NO. CV11-1202-PK |
| JACKSON, DR. DAVID | SOUTHERN DISTRICT NY | CASE NO. 09-cv-6045-RMB(RLE) |
| JARVIS, DEBRA | FLORIDA | CASE NO.:  2009 CA 017506 (AW) |
| JENKINS, MARY &  MARK | GREENBELT MARYLAND | Case No. 13-28946-TJC |
| JOHNSON, THOMAS | BROWARD COUNTY FLORIDA | 062012CA033263AXXXCE |
| Jose Sanchez | BROWARD COUNTY FLORIDA | CASE NO. 2010 CA 020665 |
| KASSEM, JEHAN | BLOOMFIELD HILLS MICHIGAN | 2:14-cv-11143-LJM-RSW |
| KILBOURNE, LAWRENCE | EASTERN DISTRICT VA | CASE NO. 12-10649-BFK |
| KODBERG, VADIM | SARASOTA COUNTY FLORIDA | CASE NO. 58-2012-CA-009403 NC |
| LAMACCHIA, DELENA | NORTH CAROLINA | Case No. 07-11047 (CSS) |
| LINGA, RAO | GREENBELT MARYLAND | CASE No:11-29341-WIL |
| LOPEZ, ROSA | FLORIDA | |
| LUFT, CARRIE | DELAWARE ACCREDITED BK | Case No. 09-11516 (MFW) |
| LUFT, CARRIE | LEE COUNTY FLORIDA | Case No. 2:11-cv-703-FtM-29SPC |
| MARKOWITZ | CALIFORNIA | |
| MARTINEZ, VILMA | FLORIDA | |
| MCCALL, LORRAINE & DAVID | PALM BEACH COUNTY FLORIDA | Case No. 502010CA012971XXXXMB |
| MEISLOHN, MITCHELL | MARTIN COUNTY FLORIDA | CASE NO. 43-2012-CA-000206CAXXX |
| Melnick, Linda | MANATEE COUNTY FLORIDA | CASE NO.41-2010-CA-002472 |
| MILLER, CATHY | OSCEOLA COUNTY FLORIDA | CASE NO. 2013-CA-001563 |
| MILLER, SHEA | PALM BEACH COUNTY FLORIDA | CASE NO. 50-2010-CA-009008XXXXMB |
| Modelin Rosiers | MANATEE COUNTY FLORIDA | Case No.: 2011-CA-006441 |
| MULLEN, STEPHAN & MARY | SARASOTA COUNTY FLORIDA | Case No. 09-CA-008178-NC |
| MURRAY, JOSHUA | MIAMI-DADE FLORIDA | 09-36605CA21 |
| NAHAS, STEPHAN | VIRGINIA | Case No. 10-17453-BFK |
| NAHAS, STEPHAN | HAWAII | Case No.SACV09-01279 JVS (RNBx) |

15

| NAHAS, STEPHAN | KAUAI HAWAII | Case No.SACV09-01279 JVS (RNBx) |
|---|---|---|
| NESSIM, CAROL | KAUAI HAWAII | Case No.SACV09-01279 JVS (RNBx) |
| NYAMOR, HEMEN | OHIO | |
| O'DONNELL, SIOBHAN | FLORIDA | CASE NO, 50-2012CA011 948XXXXMB |
| OKORO, CYRIACUS & HENRIETTA | GREENBELT MARYLAND | BANKRUPTCY NO. 13-26641-TJC |
| O'NEAL, CYNTHIA | COWETA COUNTY GEORGIA | CASE NUMBER: 3 08-CV-104-JTC |
| PANKA, JEANNE | MANATEE COUNTY FLORIDA | CASE NO. 2012-CA-007533 |
| PAREDES | MIAMI-DADE FLORIDA | CASE NO. 09-30002-CA-01 |
| PARRA, WILLIAMS | GWINNETT COUNTY GEORGIA | GA-91000981-12 |
| PAULEMON, CARMEL | CHARLOTTE COUNTY FLORIDA | CASE NO. 08-003351-CA |
| PHILLIPPE, MARTINE | PALM BEACH COUNTY FLORIDA | 50-2011-CA-013826XXXXMB |
| PIKE, LALANI | FT. WASHINGTON MD | RESEARCH ONLY |
| POWELL, PATRICK | CUMMINGS GEORGIA | Case No. 11CV-0694 |
| RAWE, ODGER | Tillamook, OR | AUDIT ONLY |
| RESCAP COMMITTEE MOTION | SOUTHERN DISTRICT NY | Case No. 12-12020 (MG) |
| RICCOBON, GUSTAVO | MIAMI-DADE FLORIDA | CASE NO. 2012-CA-040808 |
| RODGERS, REBECCA | BROWARD COUNTY FLORIDA | 062009CA040250AXXXCE |
| ROSIERS, MODELIN | FLORIDA | CASE NO. 41-2011-CA-006441AX |
| RUSH, PAULA | MARYLAND | CASE NO. 12-CO-9003948 |
| RUSH, PAULA | GREENBELT MARYLAND | WMN-07-CV-0854 |
| RUSH, PAULA | DELAWARE | Case No. 07-11047 (CSS) |
| SAINTASSE, EUNICE | BROWARD COUNTY FLORIDA | CASE NO. CACE 12-023009 |
| SAKYI, EBENEEZER | VIRGINIA | AUDIT ONLY |
| SANCHEZ, JOSE | BROWARD COUNTY FLORIDA | CASE NO. 1020665 |
| SHIREY, KARL | LAKE COUNTY FLORIDA | Case No. 08-CA-5556 |
| SINGH | FLORIDA | Case No. 20009-CA-038604-0 |
| SMITH, EUGENIA | KAUAI HAWAII | Case No.SACV09-01279 JVS (RNBx) |
| STAGGS, MARLON | CENTRAL DISTRICT CALIFORNIA | Case No. 2:12-cv-01002-CAS-VBK |
| STARR, MIKE | CENTRAL DISTRICT CALIFORNIA | AUDIT ONLY |
| STEPHAN, NANCY | FLORIDA | |
| TANNER, CHRISTOPHER | ORANGE COUNTY FLORIDA | CASE NO: 2010-CA-022453-0 |
| UTT, JORDAN | CALIFORNIA | AUDIT ONLY |
| VOLPE, VITO | PALM BEACH COUNTY FLORIDA | 50-2008-CA- 022378XXXXMB |
| WEHAN, MIKE | KAUAI HAWAII | Case No.SACV09-01279 JVS (RNBx) |
| WEHAN, MIKE | CALIFORNIA | Case No.SACV09-01279 JVS (RNBx) |
| WEST, NICOLE | MARTIN COUNTY FLORIDA | 432007CA000311CAAXMX |
| WILSON | WASHINGTON DC APPEAL | APPEAL NO. 12-CV-608 |
| WINKLER, DIANA | ORANGE COUNTY FLORIDA | CASE NO. 2008-CA-017519 |
| WITTENBERG, MARC | OHIO | Case No. CV-12-781136 |
| WONESH, AL | NEW JERSEY | RESEARCH ONLY |
| WOOD, ERIK | VALRICO FLORIDA | RESEARCH ONLY |

16

| YAMAMURA, ALEX | CENTRAL DISTRICT CALIFORNIA | CASE NO. BC 420031 |
|---|---|---|
| ZEWDIE, | GREENBELT MARYLAND | BANKRUPTCY NO. 14-14421 |
| ZOLNER, ERIN & KEITH | SARASOTA COUNTY FLORIDA | CASE NO. 2009 CA 007805 NC |
| ZOLNER, ERIN & KEITH | SARASOTA COUNTY FLORIDA | CASE NO. 2010-CA-001928 NC |
| TATUM, LOU | GEORGIA | RESEARCH ONLY |
| BULLOCK, ANDRE | GEORGIA | RESEARCH ONLY |
| SIBLEY, PAT | GEORGIA | RESEARCH ONLY |