UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:　　　　　　　　　　　　　　　　　　　　　　CASE NO:　16-12650

**Charles Edward Lincoln, III**

　　　　　　　　　　　　　　　　　　　　　　　　SECTION:　A

DEBTOR(S)　　　　　　　　　　　　　　　　　　　CHAPTER　11

## DEBTOR'S OPPOSITION TO UNITED STATES TRUSTEE'S MOTION TO DISMISS

NOW INTO COURT, through its undersigned counsel, comes the Debtor-in-Possession, Charles Edward Lincoln, III (hereinafter sometimes "*Lincoln*" or the "Debtor-in-Possession") and files his objection to the *Motion Dismiss* [Doc. 22] filed by the United States Trustee, Region V (hereinafter sometimes "UST").

1.

In ¶8 of the *Motion to Dismiss*, the UST incorrectly recites that this is the Lincoln's third bankruptcy filing within 3 years. The UST first recites that debtor filed a Chapter 7 Case No. 08-11554-CAG in the Bankruptcy Court for the Western District of Texas on August 21, 2008. Secondly, the UST recites that the debtor filed Case No. 09-14122 in the Bankruptcy Court for the District of Massachusetts the following year. The first case was dismissed on December 16, 2008. The second case was further dismissed in 2009. While it would be accurate to state that this debtor was a debtor in 2 cases pending within the past 8 years, it is incorrect to state that this is the debtor's third filing within the past 8 years.

2.

Debtor filed the present case on October 26, 2016 *in propria persona*. Counsel was engaged on November 21, 2016. The UST's *Motion to Dismiss* recites a laundry list of deficiencies

1

which the debtor avers, believes and therefore alleges have been corrected.

3.

While debtor's schedules and statements were not filed within that time period provided by Bankruptcy Rule 1007, the schedules and statements have been filed within the time period later allotted by the Court [Doc. 29]. The schedules and statements are filed under Doc. 39.

4.

Insurance for those premises bearing the municipal address 221 Squan Beach, Mantoloking NJ 08738. The insurance binder is appended hereto as Exhibit A and is incorporated herein by reference as though copied in extenso.

5.

Debtor has filed his Chapter 11 Financial Report for the Filing Period October 26, 2016 through December 1, 2016. This pleading is filed under to Doc. 43.

6.

Debtor will bring on for hearing on January 25, 2017 his motion seeking establishment of a bar date for creditors to file claims. The debtor avers, believes and therefore alleges that an order compelling creditors to file their proofs of claim comes at a critical juncture in this case. Debtor has previously contended in a state court forum that DB 50 2011-1 Trust, the purported mortgage holder or servicer of the mortgage/deed of trust encumbering the 221 Squan Beach property lacks standing to foreclose.

7.

Debtor expects to receive a distribution from the Bankruptcy Estate of Michael Mastoris which should generate sufficient funds for the debtor to commence returning the Squan Beach property into commerce.

WHEREFORE, the Debtor-in-Possession respectfully requests that the Court deny the Motion to Dismiss presently before the Court.

Respectfully Submitted;

*Robert L. Marrero*

Robert L. Marrero, 8947
ROBERT L. MARRERO, LLC
401 Whitney Avenue
Suite 126
Gretna, LA 700056

Telephone:   (504) 366-8025
Fax:         (504) 366-8026

**FTP, INC.**
131 White Oak Lane
Old Bridge, NJ 08857
Voice (732) 679-3700 * Fax (732) 679-6928

**BINDER**

No. 165707

Named Insured:
LINCOLN, CHARLES

LAURIE GIANCOLA
lgiancola@tri-countyinsurance.com
TRI COUNTY OF BRICK
1875 ROUTE 88 EAST

BRICK, NJ 08724

Name of Insurer(s)
LLOYD'S OF LONDON

Binder Effective: 22-Nov-2016 to 22-Dec-2016
Policy Effective: 22-Nov-2016 to 22-Nov-2017
2:38 PM   Standard Time

LOCATION: 221 SQUAN BEACH  MANTOLOKING, NJ 08738

SECTION I:
- DWELLING: $550,000
- OTHER STRUCTURES: $55,000
- PERSONAL PROPERTY: $0
- ADDITIONAL LIVING: $0
- FAIR RENTAL: $55,000
- DEDUCTIBLE: $2,500 / $11,000 WINDSTORM

DP3
SECTION II:
- PREMISES LIABILITY: $500,000
- MEDICAL PAYMENTS: $5,000
- WATER BACKUP & SUMP OVERFLOW: $5,000
- V&MM: YES

EXCLUDING: LEAD CONTAMINATION
WORKERS COMP, POLLUTION, MOLD, WAR & TERRORISM

NUMBER OF FAMILIES: 1
OCCUPANCY: 8011 TENANT SEASONAL

REQUIRED: SIGNED APPLICATION
CERTIFICATION OF EFFORT / AFFIDAVIT
FULL PAYMENT (AGENCY CHECK) WITHIN 30 DAYS

PREMIUM     $2,572.00
POLICY FEE     $50.00
SURPLUS LINES TAX   $128.60

TOTAL PREMIUM   $2,750.60

CONDITIONS: THIS TEMPORARY BINDING OF COVERAGE SHALL BE VOID FROM THE BEGINNING IF THE UNDERWRITER DOES NOT RECIEVE, REVIEW AND ACCEPT SUCH MATERIALS AND INFORMATION REQUESTED ABOVE WITHIN THE TIME FRAME STATED. THIS BINDER IS ALSO CANCELLED WHEN A POLICY IS ISSUED.

Date  November 22, 2016                  Authorized Representative:

EXHIBIT A

HELEN SORAYYA CARR  LINCCH1
924 CONTRA COSTA DR
EL CERRITO, CA 94530

1701
11-35/1210 CA
3410

Date Nov. 18, 2016

Pay to the Order of __Tri-County Agency__ $ 2750 60/100

Two thousand seven hundred fifty and 60/100 Dollars

Bank of America
Bank of America Advantage®

ACH R/T 121000358
For Charles Lincoln
For lya inaurma 221 Sguan Beach Dr. Helen Sorayya Carr

⑈121000358⑈ 00070256006 9⑈1701

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                         CASE NO:   16-12650

**Charles Edward Lincoln, III**

                                                          SECTION:   A

DEBTOR(S)                                      CHAPTER   11

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Debtor's Opposition to United States Trustee's Motion to Dismiss* has been served on Ms. Amanda George, counsel for the United States Trustee, Region V by either (1) served VIA ELECTRONIC FILING through the court's electronic filing system; or (2) mailing a copy of same properly addressed and postage pre-paid by United States First Class Mail on this 13 day of December, 2016.

_____
Robert L. Marrero