### Affidavit Concerning Balance Sheets, Cash Receipts and Disbursements

1.　My name is Charles Edward Lincoln, III.  I am the debtor in Case 16-12650 in the Eastern District of Louisiana.

2.　I have assets worth protecting, managing, and developing, as well as skills and knowledge appropriate thereto.

3.　However, as of the date of the filing of my Chapter 11 petition I had no cash assets, no "real" bank accounts from which I operated (just two pre-paid debit cards with, respectively, a negative balance and a balance of less than $10.00).

4.　For exactly the past two and a half months, I have been living exclusively off money provided to me by Dr. Helen Sorayya Carr, of Berkeley, California, primarily through payments made directly by her on her VISA card, including cash advances on that VISA card, but also by cash payments directly, delivered by wire to my Regions Bank (the "DIP Account").

5.　For the two and a half months prior to today, I simply do not know how to accurately or fully complete the forms which are part of the United States Trustee's Region 5 Attachment XI, "Monthly Operating Reports".

6.　I think the most accurate statement I can make is that I had so completely lost control of my life and estate that I was not operating in October 2016, and that I filed this Chapter 11 Bankruptcy to retake control of my life and not just reorganize but rebuild.

7.　I cannot state under penalty of perjury what might be the exact amount of cash and expenditures that Dr. Helen Sorayya Carr has made on my behalf.  I simply do not have personal knowledge of those facts because I do not know or manage any of Dr. Carr's money or her financial accounts.

8.　As of today, December 15, 2016, with my Regions Bank account now in place and funded, and my attorney Mr. Marrero retained and

approved by the Court, I believe I am in a position to start regularly managing and reporting my money, and Dr. Carr is in complete agreement that I should do so and to stop using her VISA card to pay my expenses.

9.      I realize this is irregular, but rather than estimate or guess at total amounts for the past two and a half months, or even just since I filed on October 26, 2016, I would ask the Court to accept this Affidavit and allow me to begin regular reporting as of today only.

10.     With regard to my expenses for the past two months, I do not even have access to all of the bills for the hotel where I have been staying, because all of these amounts were charged directly to Dr. Carr's VISA account.

11.     I know that the nightly amount varies slightly at St. Vincent's (1507 Magazine Street, #48, New Orleans, Louisiana 70130), depending on whether it's a weekday or a weekend, a major holiday or festival, by on a base rate of either $65.00 or $69.00 for room only with tax, my room rental costs have varied from $59-$69.00 plus tax for an average total of approximately $80.85, including tax, per night ($565.95/week or $2,506.35/month).  But this is only my estimate based on the partial records which I possess.

12.     I think it would be unfair for me to summarize what Dr. Carr has actually spent and it would be impossible for me to swear to these facts under oath.

13.     I expect this expense at St. Vincent's to continue steadily through at least March, after which "off-season" rates may be considerably less, unless I can find a suitable apartment to move into.

14.     My current balance at Regions Bank Account is $5,752.00 after receiving several wire transfers from Dr. Carr, paying Mr. Robert L. Marrero, and wiring $1750.00 to my son Charles Edward Lincoln, IV, in Amsterdam, where he is studying International Tax Law at the University of Amsterdam in the Kingdom of the Netherlands.

15.     I have not yet begun making regular payments for any of my expenses out of this Regions account, in part because I have not yet

received my debit card or checks, although they were billed to my account on November 25, 2016.

16.    Accordingly, I am asking the Court from relief from the requirement that I provide monthly budgets and detailed accounting for all my expenses as these facts and processes have simply not been entirely within my control or under my management, or even fully known to me.

Sworn to and subscribed before me, Notary, on December 15, 2016 at Gretna, Louisiana.

Charles Edward Lincoln, III

Robert L. Marrero
Notary Public
Jefferson Parish, Louisiana
Notary Number 46518
Commissioned For Life