UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | BANKRUPTCY NO. |
| **CHARLES EDWARD LINCOLN, III** | 16-12650 |
| DEBTOR(S) | SECTION "A" |

## ORDER DENYING MOTION TO DISMISS AND CONVERTING CASE TO CHAPTER 7

Hearing on the Motion to Dismiss Case filed by the Office of the U.S. Trustee **(P-22)** was held on the 20th day of December, 2016.

Present at the hearing were:

Amanda B. George, Trial Attorney, Office of the U.S. Trustee;
Robert L. Marrero, Counsel for Debtor; and
Charles E. Lincoln, Debtor

Opposition to the Motion having been filed by Counsel for Debtor;

The Court having considered the merits of the Motion, the Opposition thereto, the argument of the parties, and for the reasons orally assigned;

**IT IS ORDERED** that the Motion to Dismiss Case filed by the Office of the U.S. Trustee is **DENIED**.

**IT IS FURTHER ORDERED** *sua sponte* that the bankruptcy case for the above captioned debtor be and is hereby converted to a Chapter 7.

**IT IS FURTHER ORDERED** that any documents required as a result of the conversion of this case, be filed within fourteen (14) days of the entry of this order.

**IT IS FURTHER ORDERED** that counsel for debtor shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 22, 2016.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge