# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:                                                         CASE NO: 16-12650

**CHARLES EDWARD LINCOLN, III**               SECTION "A"

**DEBTOR(S)**                                              CHAPTER 11

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that copies of the *Order Denying Motion to Dismiss and Converting Case to Chapter 7, signed on December 22,2 016,* HAVE BEEN SERVED upon all creditors and parties listed on the attached creditor matrix who will not receive notice through the ECF system pursuant to the FRBP and the LBRs, via the U. S. Mail, properly addressed and first-class postage prepaid.

Gretna, Louisiana this 23rd day of December, 2016.

                                                                           **/s/ Robert L. Marrero**
                                                                           Robert L. Marrero

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                                                BANKRUPTCY NO.

**CHARLES EDWARD LINCOLN, III**                                  16-12650

DEBTOR(S)                                                       SECTION "A"

## ORDER DENYING MOTION TO DISMISS AND CONVERTING CASE TO CHAPTER 7

Hearing on the Motion to Dismiss Case filed by the Office of the U.S. Trustee **(P-22)** was held on the 20th day of December, 2016.

Present at the hearing were:

Amanda B. George, Trial Attorney, Office of the U.S. Trustee;
Robert L. Marrero, Counsel for Debtor; and
Charles E. Lincoln, Debtor

Opposition to the Motion having been filed by Counsel for Debtor;

The Court having considered the merits of the Motion, the Opposition thereto, the argument of the parties, and for the reasons orally assigned;

**IT IS ORDERED** that the Motion to Dismiss Case filed by the Office of the U.S. Trustee is **DENIED**.

**IT IS FURTHER ORDERED** *sua sponte* that the bankruptcy case for the above captioned debtor be and is hereby converted to a Chapter 7.

**IT IS FURTHER ORDERED** that any documents required as a result of the conversion of this case, be filed within fourteen (14) days of the entry of this order.

**IT IS FURTHER ORDERED** that counsel for debtor shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 22, 2016.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

| | | |
|---|---|---|
| Label Matrix for local noticing<br>053L-2<br>Case 16-12650<br>Eastern District of Louisiana<br>New Orleans<br>Fri Dec 23 10:19:01 CST 2016 | United States Bankruptcy Court<br>Eastern District of Louisiana<br>Hale Boggs Federal Building<br>500 Poydras Street, Suite B-601<br>New Orleans, LA 70130-3319 | Amalia Liana Thanou<br>221 Squan Beach Drive<br>Mantoloking, NJ 08738-1210 |
| Ankita Javia<br>3 Redberry Court<br>East Brunswick, NJ 08816-2741 | Char Nel Pools<br>649 Mantoloking Road<br>Brick, NJ 08723-5400 | Dara Leigh Bloom, Esq.<br>18565 Soledad Canyon Road<br>#346<br>Granada Hills, CA 91351-3700 |
| Demetrios Fotinatos<br>221 Squan Beach Drive<br>Mantoloking, NJ 08738-1210 | Foucher Emergency Group LLC<br>1401 Foucher<br>New Orleans, LA 70115-3515 | Graig P Corveleyn Esq.<br>P O Box 45<br>Hopewell, NJ 08525-0045 |
| Helen Sorayya Carr<br>PO Box 40016<br>Berkley CA 94704-4016 | Henry Hobbs<br>Amanda George<br>400 Poydras Street, Suite 2110<br>New Orleans, LA 70130-3238 | Inger Michelle Garcia, Esq.<br>4839 Volunteer Rd. #514<br>Davie, FL 33330-2129 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Marcella Thanou<br>221 Squan Beach Drive<br>Mantoloking, NJ 08738-1210 | Michael A. Lenaburg<br>3579 East Foothill Blvd<br>#544<br>Pasadena, CA 91107-3119 |
| Oschner Hospital<br>1514 Jefferson Hwy<br>New Orleans, LA 70121-2429 | Regional Radiology LLC<br>9049 W. Judge Perez Drive<br>Chalmette, LA 70043-4514 | Thomas J. Fagan<br>23 Strong Street<br>Mahwah, NJ 07430-3123 |
| Touro Hospital<br>1401 Foucher St<br>New Orleans, LA 70115-3515 | USDC Western District of Texas<br>800 Franklin Ave. Room 380<br>Waco Texas 76701-1934 | University Medical Health Center<br>2000 Canal St<br>New Orleans, LA 70112-3018 |
| Wells Fargo Trust Co. NA<br>919 North Market Street, #1600<br>Wilmington DE 19801-3046 | WestlawNext (Thompson Reuters)<br>610 Opperman Drive<br>Eagan, MN 55123-1340 | Williamson County District Court<br>405 Martin Luther King St.<br>Georgetown, TX 78626-4900 |
| Barbara Rivera-Fulton<br>P.O. Box 19980<br>New Orleans, LA 70179-0980 | Charles Edward Lincoln III<br>c/o Michael Louis Martin<br>2458 Gen. Collins Ave.<br>New Orleans, LA 70114-5034 | Office of the U.S. Trustee<br>400 Poydras Street<br>Suite 2110<br>New Orleans, LA 70130-3238 |
| Robert L. Marrero<br>401 Whitney Avenue<br>Ste. 303<br>Gretna, LA 70056-2502 | Robert L. Marrero<br>Robert Marrero, LLC<br>401 Whitney Avenue<br>Suite 126<br>Gretna, LA 70056-2577 | |