UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                                    BANKRUPTCY NO.

**CHARLES EDWARD LINCOLN, III**                     16-12650

DEBTOR(S)                                           SECTION "A"

## ORDER DENYING MOTION TO DISMISS AND CONVERTING CASE TO CHAPTER 7

Hearing on the Motion to Dismiss Case filed by the Office of the U.S. Trustee **(P-22)** was held on the 20th day of December, 2016.

Present at the hearing were:

Amanda B. George, Trial Attorney, Office of the U.S. Trustee;
Robert L. Marrero, Counsel for Debtor; and
Charles E. Lincoln, Debtor

Opposition to the Motion having been filed by Counsel for Debtor;

The Court having considered the merits of the Motion, the Opposition thereto, the argument of the parties, and for the reasons orally assigned;

**IT IS ORDERED** that the Motion to Dismiss Case filed by the Office of the U.S. Trustee is **DENIED**.

**IT IS FURTHER ORDERED** *sua sponte* that the bankruptcy case for the above captioned debtor be and is hereby converted to a Chapter 7.

**IT IS FURTHER ORDERED** that any documents required as a result of the conversion of this case, be filed within fourteen (14) days of the entry of this order.

**IT IS FURTHER ORDERED** that counsel for debtor shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 22, 2016.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

In re:                                                                Case No. 16-12650-EWM
Charles Edward Lincoln, III                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 053L-2          User: kf                  Page 1 of 1           Date Rcvd: Dec 22, 2016
                              Form ID: pdf861           Total Noticed: 28

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db             +Charles Edward Lincoln, III,   c/o Michael Louis Martin,   2458 Gen. Collins Ave.,
                 New Orleans, LA 70114-5034
aty            +Robert L. Marrero,   401 Whitney Avenue,   Ste. 303,   Gretna, LA 70056-2502
smg            +Collector of Revenue,   City of New Orleans,   Department of Finance,
                 1300 Perdido Street, RM 1W15,   New Orleans, LA 70112-2128
smg             Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,   P. O. Box 66658,
                 Baton Rouge, LA  70896-6658
smg             U. S. Attorney's Office,   Eastern District of Louisiana,   650 Poydras Street,   Suite 1600,
                 New Orleans, LA  70130-7212
3448471        +Amalia Liana Thanou,   221 Squan Beach Drive,   Mantoloking, NJ 08738-1210
3448479        +Ankita Javia,   3 Redberry Court,   East Brunswick, NJ 08816-2741
3448717        +Char Nel Pools,   649 Mantoloking Road,   Brick, NJ 08723-5400
3448468        +Dara Leigh Bloom, Esq.,   18565 Soledad Canyon Road,   #346,   Granada Hills, CA 91351-3700
3448472        +Demetrios Fotinatos,   221 Squan Beach Drive,   Mantoloking, NJ 08738-1210
3448480        +Foucher Emergency Group LLC,   1401 Foucher,   New Orleans, LA 70115-3515
3448467        +Graig P Corveleyn Esq.,   P O Box 45,   Hopewell, NJ 08525-0045
3448469        +Helen Sorayya Carr,   PO Box 40016,   Berkley CA 94704-4016
3449320        +Henry Hobbs,   Amanda George,   400 Poydras Street, Suite 2110,   New Orleans, LA 70130-3238
3448470        +Inger Michelle Garcia, Esq.,   4839 Volunteer Rd. #514,   Davie, FL 33330-2129
3448473        +Marcella Thanou,   221 Squan Beach Drive,   Mantoloking, NJ 08738-1210
3448716        +Michael A. Lenaburg,   3579 East Foothill Blvd,   #544,   Pasadena, CA 91107-3119
3448476        +Oschner Hospital,   1514 Jefferson Hwy,   New Orleans, LA 70121-2429
3448466        +Regional Radiology LLC,   9049 W. Judge Perez Drive,   Chalmette, LA 70043-4514
3448474        +Thomas J. Fagan,   23 Strong Street,   Mahwah, NJ 07430-3123
3448477        +Touro Hospital,   1401 Foucher St,   New Orleans, LA 70115-3515
3448464        +USDC Western District of Texas,   800 Franklin Ave. Room 380,   Waco Texas 76701-1934
3448475        +University Medical Health Center,   2000 Canal St,   New Orleans, LA 70112-3018
3448463        +Wells Fargo Trust Co. NA,   919 North Market Street, #1600,   Wilmington DE 19801-3046
3448478        +WestlawNext (Thompson Reuters),   610 Opperman Drive,   Eagan, MN 55123-1340
3448465        +Williamson County District Court,   405 Martin Luther King St.,   Georgetown, TX 78626-4900
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: bankruptcy_bpc@lwc.la.gov Dec 22 2016 19:33:57     Louisiana Workforce Commission,
                 UI Tax Liability and Adjudications,   Attn: Bankruptcy Unit,   1001 N. 23rd Street,
                 Baton Rouge, LA 70802-3338
3449857         E-mail/Text: cio.bncmail@irs.gov Dec 22 2016 19:33:43      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3448718*       +University Medical Health Center,   2000 Canal Street,   New Orleans, LA 70112-3018
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              Amanda Burnette George    on behalf of U.S. Trustee Office of the  U.S. Trustee
               amanda.b.george@usdoj.gov
              Office of the  U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
              Robert L. Marrero    on behalf of Debtor Charles Edward Lincoln, III marrero1035@bellsouth.net
                                                                                             TOTAL: 3
```