UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                                                                    BANKRUPTCY NO.

**CHARLES EDWARD LINCOLN, III**                                      16-12650

DEBTOR(S)                                                                                   SECTION "A"

## ORDER DENYING MOTION TO DISMISS AND CONVERTING CASE TO CHAPTER 7

Hearing on the Motion to Dismiss Case filed by the Office of the U.S. Trustee **(P-22)** was held on the 20th day of December, 2016.

Present at the hearing were:

Amanda B. George, Trial Attorney, Office of the U.S. Trustee;
Robert L. Marrero, Counsel for Debtor; and
Charles E. Lincoln, Debtor

Opposition to the Motion having been filed by Counsel for Debtor;

The Court having considered the merits of the Motion, the Opposition thereto, the argument of the parties, and for the reasons orally assigned;

**IT IS ORDERED** that the Motion to Dismiss Case filed by the Office of the U.S. Trustee is **DENIED**.

**IT IS FURTHER ORDERED** *sua sponte* that the bankruptcy case for the above captioned debtor be and is hereby converted to a Chapter 7.

**IT IS FURTHER ORDERED** that any documents required as a result of the conversion of this case, be filed within fourteen (14) days of the entry of this order.

**IT IS FURTHER ORDERED** that counsel for debtor shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 22, 2016.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Louisiana

In re:                                                                    Case No. 16-12650-EWM
Charles Edward Lincoln, III                                               Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 053L-2          User: kf               Page 1 of 1              Date Rcvd: Dec 22, 2016
                              Form ID: pdf903        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
db         +Charles Edward Lincoln, III,   c/o Michael Louis Martin,   2458 Gen. Collins Ave.,
             New Orleans, LA 70114-5034
aty        +Robert L. Marrero,   401 Whitney Avenue,   Ste. 303,   Gretna, LA 70056-2502
smg        +Collector of Revenue,   City of New Orleans,   Department of Finance,
             1300 Perdido Street, RM 1W15,   New Orleans, LA 70112-2128
smg         Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,   P. O. Box 66658,
             Baton Rouge, LA  70896-6658
smg         U. S. Attorney's Office,   Eastern District of Louisiana,   650 Poydras Street,   Suite 1600,
             New Orleans, LA  70130-7212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: cio.bncmail@irs.gov Dec 22 2016 19:33:44      Internal Revenue Service,
             P. O. Box 7346,   Philadelphia, PA 19101-7346
smg        +E-mail/Text: bankruptcy_bpc@lwc.la.gov Dec 22 2016 19:34:00      Louisiana Workforce Commission,
             UI Tax Liability and Adjudications,   Attn: Bankruptcy Unit,   1001 N. 23rd Street,
             Baton Rouge, LA 70802-3338
smg         E-mail/Text: atlreorg@sec.gov Dec 22 2016 19:33:50      U.S. Securities and Exchange Commission,
             Office of Reorganization,   950 East Paces Ferry Road,   Suite 900,   Atlanta, GA  30326-1382
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              Amanda Burnette George    on behalf of U.S. Trustee Office of the  U.S. Trustee
               amanda.b.george@usdoj.gov
              Office of the  U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
              Robert L. Marrero    on behalf of Debtor Charles Edward Lincoln, III marrero1035@bellsouth.net
                                                                                             TOTAL: 3